# Exhibit A

US008160977B2

(12) **United States Patent**
Poulin

(10) **Patent No.:** US 8,160,977 B2
(45) **Date of Patent:** Apr. 17, 2012

(54) **COLLABORATIVE PREDICTIVE MODEL BUILDING**

(76) Inventor: **Christian D. Poulin**, Boston, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 946 days.

(21) Appl. No.: **11/952,205**

(22) Filed: **Dec. 7, 2007**

(65) **Prior Publication Data**

US 2008/0154821 A1      Jun. 26, 2008

**Related U.S. Application Data**

(60) Provisional application No. 60/874,192, filed on Dec. 11, 2006.

(51) **Int. Cl.**
*G06F 15/18* (2006.01)
*G06F 17/30* (2006.01)

(52) **U.S. Cl.** ......................................... **706/21**; 707/706

(58) **Field of Classification Search** .................... 706/21; 707/706
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,831,550 | A | 5/1989 | Katz |
| 5,357,250 | A | 10/1994 | Healey |
| 6,304,833 | B1 | 10/2001 | Ferkinhoff |
| 6,532,449 | B1 | 3/2003 | Goertzel et al. |
| 7,136,710 | B1 | 11/2006 | Hoffberg |
| 7,308,648 | B1 | 12/2007 | Buchthal |
| 2002/0194119 | A1 * | 12/2002 | Wright et al. .................. 705/38 |
| 2004/0167893 | A1 | 8/2004 | Matsunaga |

OTHER PUBLICATIONS

Oracle,"Oracle Data Mining Concepts" [online], Dec. 2003 [retrieved on Apr. 26, 2011]. Retrieved from the Internet: < URL: http://www.stanford.edu/dept/itss/docs/oracle/10g/datamine.101/b10698.pdf>.*
Liu, Computing Point-of-View: Modeling and Simulating Judgments of Taste [online], Jun. 2006 [retrieved on May 27, 2011]. Retrieved from the Internet:< URL:http://pubs.media.mit.edu/pubs/papers/hugo-phd.pdf>.*

* cited by examiner

*Primary Examiner* — Jeffrey A Gaffin
*Assistant Examiner* — Nathan Brown, Jr.
(74) *Attorney, Agent, or Firm* — Fish & Richardson P.C.

(57) **ABSTRACT**

Techniques for estimating a probability that a future event will occur based on user input includes decomposing a data input stream to build a database of precursor data to build at least one predictive model, building a database of at least one model generated by a model building process using the precursor data in the database, with the at least one model being a model that produces predictions of the likelihood of an event occurring in the future based on analysis of data in the database and storing the at least one model in a second database that stores models, with the database being searchable, to permit the models in the database to be accessed by users. Also disclosed are techniques in which by using a search engine to search a database of models to find a model and a user can query a found model to develop an inference of the likelihood of a future event.

**31 Claims, 16 Drawing Sheets**





FIG. 1

**U.S. Patent**    Apr. 17, 2012    Sheet 2 of 16    US 8,160,977 B2



FIG. 2



FIG. 2A

60

prompt 72, a user to select a project name

prompt 73 the user to select a categorization for the model.

collect 74 data from one or more suitable data sources.

normalize 75 the data.

format 76 data for use by other processes .

determine 77 word frequency counts over an interval.

FIG. 2B

# FIG. 2B





60'

prompt 72, a user to select a project name

prompt 73 the user to select a categorization for the model.

Select 74' two data inputs from one or more suitable data sources.

normalize 75 the data.

format 76 data for use by other processes.

combine 80' the first and second data source.

prompt 84' the user to build a model based merged data sources.

prompt user to select 86 a model type, a target variable specification, a model name specification, access rights, discrete states of the predictive ranges, and iterations.

build 88 the models

store models 90 for use by the user or other users according to access privileges.

FIG. 2C



FIG. 3



FIG. 3A



Fig 2b. Predictive Model Building

Available Types:

Basic (Naive Bayes)
Advanced (Tree Augmented Bayes)
Clustered (Hierarchical Bayesian)
Other (NN, Monte Carlo, etc...)

Remove   Select

Model to build:

Select Target Variable Name:
Select Model Name (if not project)

Access Type:

Public (Free Access)
Private (Password Protected)
Subscription Access (Monthly Price)
For Sale (Set Ask Price)

Remove   Select

Access Level:

10 ▾  States

5 ▾  Iterations

94

NEXT

# FIG. 3B



FIG. 3C

U.S. Patent    Apr. 17, 2012    Sheet 10 of 16    US 8,160,977 B2



FIG. 4



**Fig 3a. Search Results**                    Results **1 - 6** of ∞ for **S&P Futures**

**S&P Model** (Wealth)
A security index value prediction system whereby a variety of factors are put
into the system and the various elements of the price of the security (S&P
Futures) are determined.
www.**samplesite**.com/user4~stockmodel.htm - 100k - Access: Private: For Sale ($10,000)

**Commodity Model** (Wealth)
A commodity price prediction system whereby a variety of factors are put into the system
and the price of commodity such as FCOJ (Frozen Concentrated Orange Juice) is
determined.
www.**samplesite**.com/user3~fcojmodel.htm - 100k - Access:Private:Subscription($100/month)

**Diseasemodel** (Health)
A health risk factors prediction system whereby a variety of factors are put into
the system and the relative risk for a disease (such as Influenza) is determined.
www.**samplesite**.com/user1~diseasemodel.htm - 100k - Nov 24, 2006 – Access: Public

**GeneticModel** (Health)
A genetic traits prediction system whereby a variety of population factors are
put into the system and the various elements of individual's genome are
predicted, such as a risk factor of congenital disease associated with ethnic
group
www.**samplesite**.com/user2~geneticmodel.htm - 100k - Access: Public: Password

**Music Success Model** (Wisdom)
A political behavior prediction system whereby a variety of factors are put into
the system and political behaviors are predicted. Exemplary behaviors could
mean topics such as electability, voting records, and poll results.
www.**samplesite**.com/user5~musicmodel.htm - 100k - Access: Public: User Level 26

**Movie Popularity Model** (Wisdom)

100

FIG. 4A



FIG. 4B

Case 4:26-cv-00245-JDK    Document 1-1    Filed 03/10/26    Page 15 of 26 PageID #: 40



**Fig 3c: Model Use**         Result **1** of **6** for **Future**

Prediction: S&P Model

Reported accuracy of: _60.00 %_

Highest VOI Variables: _in, to, Video, the, of, US, Iraq, CNNcom_

Inference Toolbar (For example, if Day X, then P(S&P = 55.425-65.175) = 0.602):

Note  Use Slidebar to adjust

100

April 1, 2006
April 2, 2006
April 3, 2006
April 4, 2006
April 5, 2006
April 6, 2006
April 7, 2006
April 8, 2006
April 9, 2006
April 10, 2006
April 11, 2006
April 12, 2006
April 13, 2006
April 14, 2006
April 15, 2006

104

60

0

FIG. 4C



Fig 4. Predictive Models Markets

FIG. 5

Case 4:26-cv-00245-JDK   Document 1-1   Filed 03/10/26   Page 17 of 26 PageID #: 42



140

FIG. 8



120

FIG. 6

130

FIG. 7



# FIG. 9

US 8,160,977 B2

1

## COLLABORATIVE PREDICTIVE MODEL BUILDING

This application claims priority under 35 U.S.C. §119 to U.S. Provisional Patent Application Ser. No. 60/874,192, filed Dec. 11, 2006, and entitled "Collaborative Predictive Model Building" the entire contents of which are hereby incorporated by reference.

### BACKGROUND

This invention relates to data analysis software.

Data is available in many forms, for many topics, and from many sources. The Internet is one example of a data source. The Internet has become an important tool to conduct commerce and gather information. Users, through a web browser, visit internet sites, e.g., web sites by accessing web sites and download web pages, e.g., documents in HTML (hypertext markup language) or equivalent.

### SUMMARY

According to an aspect of the invention, a method executed in a computer system for estimating a probability that a future event will occur based on user input includes decomposing a data input stream to build a database of precursor data to build at least one predictive model, building a database of at least one model generated by a model building process using the precursor data in the database, with the at least one model being a model that produces predictions of the likelihood of an event occurring in the future based on analysis of data in the database and storing the at least one model in a second database that stores models, with the database being searchable, to permit the models in the database to be accessed by users.

The following embodiments are within the scope of the invention.

The method includes testing the model to optimize the model to refine accuracy level of the model. The method includes publishing the model. Building the database includes retrieving data as data strings from a data source and producing a dataset from the retrieved data strings. Building the model includes building a statistical model of parent-child relationships from data strings in the dataset by determining incidence values for the data strings in the dataset, and concatenating the incident values with the data strings to provide child variables, analyzing the child variables and the parent variables to produce statistical relationships between the child variables and a parent variable, determining probabilities values based on the determined parent child relationships. Modeling is based on a pattern recognition technique that can be a Bayesian algorithm, Markov rule-based, neural network or genetic algorithm.

The method includes calculating the accuracy of the model using a k-fold cross-validation. Analyzing the child variables and the parent variables to produce statistical relationships uses a Bayesian probability algorithm engine. The method includes calculating the accuracy against historical data. The method includes selecting access permissions for publishing the model. The method includes searching the database for model type. The method includes performing an inference operation the model to provide the probability of an event occurring. The method includes filtering noise from the data retrieved from the data source to provide the data strings.

According to an additional aspect of the invention, a method executed in a computer system includes using a

2

search engine to search a database of models to find a model and querying the model to develop an inference of the likelihood of a future event.

The following embodiments are within the scope of the invention.

The method includes providing a market for use of the models. In the query a user specifies a parameter of data collection, with at least one of the parameters being a time interval. Once a model has been published other users can query the model for the probability that a future event will occur. An output is an inference or other analysis such as value of information analysis and so forth, that is related to the probability of a model predicting that the future event will occur. The method includes allowing a user to discard variables in the model below a certain threshold of relevancy for at least one of calculation time and predictive accuracy. Building of predictive models relates to health risk factors predictions, genetic traits predictions, commodity price predictions, movie success/revenue predictions, music popularity predictions, political behavior predictions, media bias predictions or games.

According to an additional aspect of the invention, a computer program product tangibly embodied in a computer readable medium for estimating a probability that a future event will occur based on user input, the computer program product comprises instructions for causing a computer to decompose a data input stream to build a database of precursor data to build at least one predictive model, build a database of at least one model generated by a model building process using the precursor data in the database, with the at least one model being a model that produces predictions of the likelihood of an event occurring in the future based on analysis of data in the database and store the at least one model in a second database that stores models, with the database being searchable, to permit the models in the database to be accessed by users.

According to an additional aspect of the invention, a computer program product tangibly embodied in a computer readable medium for estimating a probability that a future event will occur based on user input, the computer program product comprises instructions for causing a computer to use a search engine to search a database of models to find a model and query the model to develop an inference of the likelihood of a future event.

One or more aspects of the invention may provide one or more of the following advantages.

Users can build predictive models for or a user can search existing predictive models of a virtual marketplace for such models. The marketplace can advertise models available for commercial access to users and a relative price of those models. Various areas can use such models. For instance, in the area of "HEALTH" predictive models "health risk factors prediction," a "genetic traits prediction system" can be provided. Other areas include "WEALTH" predictive models such as a "securities value prediction system. Other areas include WISDOM" (e.g., knowledge) predictive models and the arrangements

The details of one or more embodiments of the invention are set forth in the accompanying drawings and the description below. Other features, objects, and advantages of the invention will be apparent from the description and drawings, and from the claims.

### DESCRIPTION OF DRAWINGS

FIG. 1 is a block diagram of system employing data analysis software.

US 8,160,977 B2

**3**

FIG. **2** is a block diagram depicting an overview of the modeling/searching.

FIGS. **2**A and **2**B is a flow chart depicting model building with unstructured data and searching of the models.

FIG. **2**C depicts depicting model building with structured data and searching of the models.

FIG. **3** is a diagram depicting a user interface for building a predictive model FIGS. **3**A-**3**C are a series of user interface for data collection in building a predictive model, predictive model building and predictive model refinement.

FIG. **4** is a diagram depicting a user interface for searching.

FIGS. **4**A-**4**C are a series of diagrams depicting search results, specific search result and model use.

FIG. **5** is a diagram depicting a model market.

FIG. **6** is a diagram depicting a structure of a Naive Bayes Model (NBM.

FIG. **7** is a diagram depicting a structure of a Tree-Augmented Naive Bayes Model (TAN).

FIG. **8** is a diagram depicting a structure of a Hierarchical Naive Bayes Model (HNBM).

FIG. **9** is a diagram depicting a exemplary computer system.

### DETAILED DESCRIPTION

Referring to FIG. **1**, a networked computer system **10** includes clients **12***a*-**12***b* connected to a server system **17** through a first network, e.g., the Internet **14**. The clients **12***a*-**12***b* run browser programs **13***a*-**13***b* that can request the server computer **17** to invoke data analysis software **30**. The data analysis software **30** resides on a computer readable medium **17***a*, e.g., disk or in memory for execution. The data analysis software **30** can analyze data from any data source. As one example, the data analysis software **30** analysis data obtained from, e.g., the Internet by accessing site(s), e.g., web sites **18***a*-**18***d* that are on web servers (not shown) through a universal resource locator (URL). A URL allows access to information that may be on sites **18***a*-**18***d*, e.g., web sites (HTTP), FTP sites, NEWS groups, etc.

The data analysis software **30** can analyze data accessible through various protocols including HTTP, FTP mentioned above and other protocols such as proprietary protocols, e.g., for a database by modifying the URL location to contain a key word or other indicia for the proprietary protocol. Other networks and data sources could be used. For instance, the data analysis software **30** can operate on data from a proprietary data feed, a private network and so forth.

Although the data analysis software **30** is shown in FIG. **1** residing on a server **17** that can be operated by an intermediary service, it could be implemented as a server process on a client system **12** or as a server process on a corporate or organization-based server. On the server **17** the data analysis software **30** includes analysis objects **20** that are persistent objects, i.e., stored on a computer hard drive **17***a* of the server in a database (not shown). At invocation of the data analysis software **30**, the analysis objects **20** are instantiated, i.e., initialized with parameters and placed into main memory (not shown) of the server **17**, where they are executed through the data analysis software **30**.

As described below, the output from the data analysis software **30** is a result object **50** in the form of a prediction table that can be output as an HTML or equivalent web page. The result object **50** will include information as to a database or text representation of relationships between parent and child data. Formats for the data can be ".net" files (industry stan-

**4**

dard file format for a Bayesian network file). Alternatively, other formats can be used such as a standard text file and so forth.

Referring now to FIG. **2**, the two behaviors (prediction and search) of a system **60**, which either allows users to build models of the type as in FIG. **1** or has models of the type available for execution, e.g., available for search, are illustrated. The system **60** provides a technique **62** to build collaborative predictive models that are operated on by applications, e.g., by end users. These applications generate predictions of future behavior in various subject domains. Also provided is a mechanism to search **64** predictions of future behavior based on prior executions of the models.

The model building process **62** is described in detail below. The model building process **62** is used in conjunction with a database **63** that stores models **65** generated by the model building process. The database **63** has searchable content comprised of predictions of future behavior. The model building process allows for a user to "select data", "select data parameters", "select a model builder", "select access permissions", and "test the models."

In contrast, the features of search **64** also shown in FIG. **2** include searches **67** based on topics such as "health", "wealth", "wisdom", and "other."

Referring now to FIGS. **2**A and **2**B, an exemplary technique **60** for implementing the model building process **62** is shown. The model building process **62** is further described in conjunction with the graphical user interfaces mentioned below. The process prompts **72** a user to select a project name that is concatenated with the username and carried throughout the process as a default identifier for the particular project. The process prompts **73** the user to select a categorization for the model to allow easier classification and categorization within the system. The model building process collects **74** data from one or more suitable data sources. An agent discussed below is provided parameters that control the data source collection, such as the location of the sources, and the period over which the source is collected. The collected data are collected as, e.g., separate data files for interval of collection, e.g., an hour, day, week, month and so forth as determined by the user based on factors such as expect volatility in changes in data in the data sources. Volatility can be determined empirically or by other techniques. Alternatively, the collection intervals can be fixed, e.g., a day of collection.

The process normalizes **75** the data by applying noise filtration and aggregation to the data to merge the multiple data collections into one file. The data normalization of the files extracts information corresponding to relevant information while removing noise (in this case HTML tags). Assuming a user selected interval of 24 hours, this procedure is batched processed and the contents of the various files are merged after 24 hours of collection providing a combined data file for each user selected interval. The process formats **76** the data for use by other processes in the system. The process determines **77** word frequency, e.g., count of the elements, e.g., words over an interval value is determined. A classification file associates **78** the word frequencies and labels with intervals (dates) based on the files from the data normalization. The data combining combines **80** the word frequencies with the direction labels for each day. The process determines **82** the frequency of each word in each word file.

With the data provided in the database, the system prompts **84** the user to build a model based on the collected, processed data. The system prompts to user to select **86** a model type, a target variable specification, a model name specification, access rights, discrete states of the predictive ranges, and

US 8,160,977 B2

5

iterations. The model building process builds **88** the model types and thereafter stored **90** for use by the user or other users according to access privileges, as discussed below.

Referring now to FIG. **2**C, the model building/search process **60'** for structured data is shown. In this process a user could select **2** data inputs that are numeric (such as S&P index vs. weather values). In this example, the process would use actions similar to that of FIGS. **2**A and **2**B for actions **72-76**, but eliminates the unstructured data processing of **77** and **78** and goes to action **80'**, which here is merge of both numeric sources that combines the first and second data source, and eliminates the action at **82**, and goes to **84** and thereafter continues processing, as in FIG. **2**B.

Model Building Process

Interface icons are used to abstract the mathematics of predictive modeling building. These 'Icons' are assumed as graphical representation of a process selectable by a user through a user interface. For instance data will have styled icons denoting their source, and model building functions will have such things as 'build', 'merge', and 'analyze' buttons. Specific model icons could be as shown in FIGS. **6**, **7**, and **8**, as will be discussed below.

Referring to FIG. **3**, a user is prompted, via interface **90** to select a project name, that is concatenated with the username and carried throughout the system as a default identifier for the project. The process prompts the user to select a categorization for the model to allow easier classification and categorization within the system. As an example, the 'S&P model' is chosen as the project name and an example of 'Wealth: Securities' is selected as the classification.

The model building process includes a data collection process. As shown in FIG. **3**A a graphical user interface **92** can be provided to aid the user in selecting data to collect. Presently, a suitable data source are one or more web data source or other remotely available data sources. Using a graphical process the user selects an agent icon, that can spawn a process (executable code) to collect data from the resource selected. 'Agents' are assumed as automated processes that fulfill tasks based upon inputs from the user interface.

The agent have parameters that control the data source collection. Examples of such parameters include 'url', 'dbase' and 'time'. 'url' would denote a Uniform Resource Locator link, 'dbase' would equal a database connector, such as a SQL database and 'time' would denotes how often the agent process collects the data from the url or dbase. A users selects parameters of the data that they are collecting to build the new database. While the user could choose a well defined structured data source, such as a classic database, for this example in FIG. **3**A, the collection of data is derived from a URL.

As shown in FIG. **3**A, the user is prompted to select the data to collect. The exemplary choices are 'url', 'dbase', and 'text only upload'. Meanwhile, the collection agent's parameters also set. Specifically, the 'time' setting having intervals from 24 hours to 30 sec. is selected. In this example URL of http://www.cnn.com is selected. In addition, an interval of 24 hours is selected. If an agent parameter of 'Time' has been selected as '8:30 am every 24 hours' then the process of collecting data is at this level of frequency. However, a parameter such as 'every hour' could be selected. With the user clicking 'Next' or other method to move forward in the process, the agent starts collecting the data according to the interval defined by the user.

The agent collects data from the website content as separate data files for each day of collection. For instance, the file "cnn.07-07-2007.html" specifies HTML source code of the main page of http://www.cnn.com on 7 Jul. 2007. The format

6

of the news file adheres to the HTML standard. The raw news data files are placed into a single directory structure or other logical grouping.

As a URL's data is often unstructured, data normalization is used to apply noise filtration and aggregation to the data. In the example URL specified data financial news is chosen. Each news data file is an ASCII file having HTML tags and content. The data normalization of these files extracts information corresponding to relevant information while removing noise (in this case HTML tags). For instance, the words associated with a single news page are extracted as ASCII text file. A process is invoked that produces a file named (for instance) 'content.txt' containing relevant variables of a multi-set of the data objects in the html file.

Assuming a user selected interval of 24 hours, this procedure is batched processed and the contents of the various files are merged.

For instance for multiple URLs the result would look like '11-11-2006/cnn.11-11-2006.html     11-11-2006/money-.cnn.11-11-2006.html we can combine in the file '11-11-2006/content.txt'.

The output of this process is one combined data file for each user selected interval, in this case 24 hours. The words for a given date will be a file named content.txt. The content file for a given date is, for example placed in a directory named after the date. For instance, the content.txt file for 15 Apr. 2004 is placed in the directory named Apr. 15, 2004.

Once data from the URL has been collected, the data is formatted for use by other processes in the system. The word frequency, e.g., count of the elements, e.g., words over an interval value is determined. A classification file associates the word frequencies and labels with intervals (dates) based on the files from the data normalization. Further components of the system will require data normalization into a standard data format such as CSV (Comma Separated Value) file.

In the example of predicting the effect of news on S&P Futures, two data types are merged; web collected data (news) and S&P Futures prices (a separate file, e.g., a spreadsheet or the like. The S&P data file includes of a sequence of lines where each line specifies a date and the delta value of the S&P Futures price on that date. The Delta value is the change value denoting up or down movement. The delta value is computed by subtracting the value of the S&P price on the previous day from S&P on the day in question, e.g. the delta value for 15 Apr. 2006 is 1397.46−1377.95=19.51. Dates where the difference is equal to or above zero are associated with the label "up" while dates where the difference is less than zero are associated with the label "down". The label indicates whether the indicator went up or down when compared to the closing level the previous day.

Much like the URL collected data, the S&P data is formatted into the system format, which is in this example, (CSV). Based upon user input, the system merges the two columns corresponding to the date and direction labels for S&P into a separate CSV file "04-15-2004 up" Each line specifies a time interval and direction of change associated with the interval.

The data of the set of HTML news source files is combined with the spread sheet file) containing S&P Futures values. In this example the result of the S&P data formatting and the html news data is a file in the format (where the "word-Freqs.txt" files are word frequency files that are constructed as part of data normalization discussed below.). For instance, the file " . . . / . . . /NewsDataAll/04-15-2004/wordFreqs.txt up" In the file, each line of the file specifies the delta S&P Futures value for a particular file (i.e. date).

The data combining combines the word frequencies with the direction labels for each day. The process determines the

US 8,160,977 B2

<table>
<tr><td>7</td><td>8</td></tr>
</table>

frequency of each word in each word file. The word frequencies are extracted as an ASCII text file from the "content.txt" files and combined with the S&P Futures delta (difference) direction label. A command of this type produces one file of word frequencies and the S&P direction label for a given day. The format of the resulting file would have words associated with word counts and the delta value of the S&P 500. An exemplary format is:: "in, to, Video, the, of, US, Iraq, CNNcom, S&P_Delta 12, 10, 7, 6, 6, 5, 5, 5, ..., down" In this example, for the date "21 Apr. 2004" the word "in" appears 12 times on the CNN URL, the word "to" appears 10 times, the word Vide appears 7 times and so forth, and the "S&P_Delta value" went down. The first line corresponds to a list of attributes specifying the number of occurrences of each word with the last attribute specifying the direction of change in the S&P value. Once the frequency/delta files are known for each of the interval values (in this case days), the frequency/delta files are merged into a single data file "wordFreqs.dat." for use by the model building process.

Referring now to FIG. **3**B a graphical user interface **94** depicting features of the model building are shown. The system prompts the user to build a model with the collected data. The system prompts to user to select a model type, a target variable specification (if not already detected by the system), a model name specification (the project name is used as a default), access rights (e.g. Free/Private/Subscription/For Sale), the discrete states of the predictive ranges, and the iterations.

The user selects access rights to the application. For instance, the user might select public for their application and to permit all users to use the application. Or a user might select private access privileges. Or a user might select private access privileges to subscribers only. Users might opt to set the model to be sold as a widget to users. Therefore, promoting economic aspects as the trading of predictive models could be encouraged as an exchange. The exchange could be in turn extended into a competitive, on-line game.

The discrete states of the predictive ranges are needed to chop the variable value ranges into intervals that are quantified by the system. "Variable discretization" is converts a continuous attribute into typically, a small finite number of mutually exclusive and exhaustive bins. "Variable discretization" is used when representing a continuous attribute in a model over discrete random variables. For instance, we may "discretize" a value taking values from minus infinity to plus infinity into four intervals as follows:

[−∞ to −<100]; [−100 to <25]; [25 to <256]; [256 to +∞]

Note: −∞ and ∞ denote the range of state going into infinity in either direction. This is incorporated to denote values outside the expected ranges.

The types of predictive model types are also user selected. For instance a Bayesian algorithm or other probabilistic process such as Monte Carlo, Markov Models, Neural Networks, genetic algorithms, and so forth can be chosen.

Any of the predictive model types can be used to construct models based on the data file of cases, discussed above, specified as input. The data file of cases uses a CSV-like format, as discussed above, although other formats could be supported if the change was promulgated throughout the system.

For this example we will assume the construction of models of the following types: Naive Bayes Model; Tree-Augmented Naive Bayes Models; and Hierarchical Naive Bayes Models. FIG. **3**B depicts selection of a TAN-B (Tree Augmented Naïve Bayes model)

In general, the model building process builds a statistical model of parent-child relationships from data strings in the dataset by determining incidence values for the data strings in the dataset and concatenating the incident values with the data strings to provide child variables. The process analyzes the child variables and the parent variables to produce statistical relationships between the child variables and a parent variable and determines probability values based on the determined parent child relationships. My U.S. application Ser. No. 11/077,373, filed Mar. 9, 2005 incorporated herein by reference in its entirety discusses techniques for analyzing data for discovery of underlying relationships defined by unknown rules and building models for prediction of future events based on analysis of the data. The process builds an ontology to find the rules, e.g., how data objects in the collection of data in a database relate to each other and can affect the probability of an event occurring.

Bayesian statistical models can be used as the underlying mathematics of the methodology. Bayes' Theorem (by Thomas Bayes (1702-1761)) allows the inferring of a future event based on prior belief and evidence. The theorem defines the posterior probability of a variable A given variable B in terms of the likelihood of A given B (P(B|A, c)) and the prior probability distribution of A (P(A|c)) where c is the context. Upper case letters, e.g., "A, B, C, . . . " are used to denote discrete random variables (with a finite number of mutually exclusive and exhaustive states), whereas lower case letters, e.g., "a, b, c, . . . " are used to denote variable states.

The posterior probability is given by:

$$P(A \mid B, c) = \frac{P(B \mid A, c)P(A \mid c)}{P(B \mid c)} \propto P(B \mid A, c)P(A)$$

Bayesian networks are statistical models for probabilistic reasoning using "Bayes' Theorem." A Bayesian network N=(X, G, P) over a random variable "X" includes an acyclic, directed graph G=(V,E) over vertices V representing X (one-to-one) and a set of edges E representing probabilistic dependence relations as encoded by the set of conditional probability distributions P. A Bayesian network is an efficient technique for encoding a joint probability distribution over X:

$$P(X) = \pi_{A \in X} P(A \mid pa(A)),$$

where pa(A) is the parent set of A in G.

The process of building statistical models based on a database of cases D={$c_1$, . . . , $c_N$} where each case $c_i$ specifies a value assignment to all variables (some values may be missing). For this reason, we focus on three different classes of restricted Bayesian network models: the Naive Bayes Model (NBM), the Tree-Augmented Naive Bayes Model (TAN), and the Hierarchical Naive Bayes Model (HNBM). These models may be estimated automatically from data.

The NBM, TAN, and HNBM are well suited for data mining tasks where a model is estimated from data where the structure of the model is (partly) known in advance. HNBM and other cluster implementations, determine the upper level 'groupings' as the model is built. This feature can minimize computational effort in data-mining to estimate correlations from data.

Common to the three classes of models NBM, TAN, and HNBM is their typical application as a classification tool. Each class of model is often used in the classification type of problems where the value of a target variable is predicted based on observed values of a set of predictor variables (e.g. the classification of an electronic mail as either ham or spam based on observations on the contents of the mail). Each class of models is characterized by the structure of the models in the class.

US 8,160,977 B2

9

Each model has of a target variable and a set of predictor (or attribute or feature) variables. $F=\{F_1, \ldots, F_n\}$. The task is to predict the value of T based on observations on (a subset of) $F=\{F_1, \ldots, F_n\}$. The parameters of each model are estimated using an algorithm, such as an Expectation Maximization algorithm (EM) that is a measure of the maximum likelihood of the parameters of the unobserved variables. Details of these models are discussed below.

In FIG. 3B it is assumed that the file wordFreqs.dat is the input data file with training data for the model, S&P_Delta is the target variable, and the user specifies a value of 10 as the (maximum) number of state intervals of "discretized" variables. Each state interval represents a range. For instance, if the range of the interval is 100, an interval of 2 represents 1-50, and 51-100 respectively. For the same range, an interval of 10 represents 1-10, and so forth, as in FIG. 3B. In FIG. 3B, a user defined value of 5 for the number of training iterations is used. Thus, each training iteration is the number of times the algorithmic implementation executes through the training set with the most accurate results selected as the final predictive model used to be used.

Referring now to FIG. 3C, at this point a model is built. The system optionally prompts the user through an interface 96 to optimize the predictive model and results. For this optimization, the system prompts the user for the model and target variable name if those are not already known by the system. The system allows the user to calculate an accuracy score when the input value is applied to the model. Accuracy scores relate to a model's predictive performance.

Assumptions regarding accuracy of the model are based on mathematical accuracy of the model itself or by comparison to models built by other users. For instance, the system can determine the accuracy of the model by determining whether the mode predicts the event accurately above 50% of the time, given the data, or whether the model perform predictions at a consistent level of accuracy over time. In addition the system can perform back test of historical data to determine whether the model predicts with a quantifiable level of accuracy that historical data.

In the case of mathematically computed accuracy, the so called "k-fold" cross validation technique can be used to compare the model to snapshots of the data. The predictive accuracy of the model is assessed using cross validation. Cross validation proceeds by dividing the data into two disjoint subsets. One subset is used for training the model, whereas the other (unseen) subset is used as the test set for validating the performance of the model, for instance, in terms of prediction accuracy or error rate. The accuracy of the model is the fraction of test cases correctly classified. The k-fold cross validation method is an alternative to cross validation when data is sparse, i.e., when it is undesirable to reserve a significant amount of the data for testing only. The principal idea is to divide the entire data set into k disjoint subsets such that the training and testing is performed k times. In each run a given subset is used for testing while the remaining data is used for training. This implies that each data case is used once for testing and (k−1) times for training.

The system allows a user to perform a 'feature selection' procedure. Feature selection allows a user to discard variables in the model below a certain threshold of relevancy. This allows for performance gains in both calculation time, and in some cases predictive accuracy. Feature selection is necessary in order to manage a potentially huge number of feature variables in the database $D=\{c_1, \ldots, c_N\}$. The feature selection process proceeds by Chi-square tests for statistical correlation between each feature variable $F_i\epsilon\{F_1, \ldots, F_n\}$ and the target variable T. Feature selection is used to remove variables

10

with little or no predictive relevance to the target variable. Feature selection is performed subsequently to the variable discretization process. Thus, the variable discretization process may impact the result of the feature selection process.

When the model is completed and optimized, the model may be published to the community as a searchable item or may remain private, etc according to access rights discussed above.

Search Process

Referring now to FIG. 4, assuming that the model (along with many other models produced e.g., by the same or different individuals and stored in the system) have been set for public use, the model are searchable. FIG. 4 depicts an illustrative initial, search interface 98 to access published predictive models. Search users can select from many model types. Exemplary selections include models that are classified as directed to predictions concerning "Health", "Wealth", and Wisdom." Wisdom being used here as a generic label to describe less-defined types of data categories. To use the system, users type in search terms, and the system returns predictive models and resulting probabilities for those models. Users can alternatively select models by topic and further refine the selection. In the example the search is for S&P Futures models.

Referring now to FIG. 4A, the results of a search of future probability models provides exemplary results as in interface 100, as shown. These results denote the user defined name of the model, a description of the model, the url (location) of the model, the data size, the timestamp, and the access level for the user viewing the search result. When the search user clicks on the access level they are prompted with various options of access depending on the level defined by the predictive model's author. In this example the access level is 'Private: For Sale' and the price is $10,000.

Referring now to FIG. 4B, after the user clicks (selects) the search result and the user is interrupted by an access interface 102 if the model is any other result than 'Free'. In this case, the example S&P Futures model is detailed with a reported accuracy of 60%, and a user (model builder) experience level of 20, with a 'For Sale ASK Price' of $10,000. The search based user can at this point, 'Make Bid' or 'Pay the ASK' price, 'Compare' this model to others of similar description, and 'View General Market' at large to get a sense of prices.

Referring now to FIG. 4C, if a buyer and seller reach an agreement access to the search result is provided to the buyer, and the model is queried via an interface 104 to determine the various predictive scenarios available from the model. The underlying data information would be a combination of statistical predictions, namely Inference and VOI (Value of Information) analysis. However, in FIG. 4C, the data is assumed to be presented in any visually compelling format.

The interface 104 has a slider bar, e.g., in the form of a thermometer style component that allows the user to change the parameters of an Inference/Prediction on any given day (a 24 time increment assumed in the example). The thermometer slider represents data that corresponds to the following notation.

Represents if Day X, then $P(S\&P=55.425-65.175)=0.602$).

While this is a simple graphical presentation of given model, a real result may be more complicated.

The Value of information (VOI) score is presented in an interface 104 as a separate term. A Value of information (VOI) analysis is performed based on computing mutual information between each predictor variable and the target. VOI calculation is an entropy calculation to measure variable interdependence. The Value of information analysis sorts

US 8,160,977 B2

**11**

predictor variables by their predictive power with respect to the target variable. Value of information analysis is, in general, relevant for all types of models, particularly those discussed herein. The underlying assumption in Value of information analysis is that the highest scoring variable deserves the observer's attention first, followed by successfully declining scoring variables. In this example the VOI Variables are "in, to, Video, the, of, US, Iraq, CNNcom."

Markets and User Ratings Process

Referring now to FIG. **5**, at any given time, either a user building the predictive models or a user searching the predictive models could access, via an interface **006**, a virtual marketplace for such models, as illustrated. This interface **106** illustrates an exemplary 'ticker' for the models available for commercial access to users and a relative price of those models. Both the cases of "FOR SALE" and "Comparative level/ User ratings" are presented. With extending a comparative level, a user enters into a competitive comparison of results from a user's model to results of execution of another user's model, as an in-system game. The comparative level in the system would allow users to build 'reputation' for predictive model building. User defined feedback could be a separately reported item.

The market place can be used for games. For instance, a user rating for models is an example of a game that can be represented within the system. That is, a comparison of user ratings is an example of a simple game that is supported by the system.

Exemplary Usages for the Predictive Models

In the area of "HEALTH" predictive models and the arrangements described can include a "health risk factors prediction system." In the "health risk factors prediction system," a variety of factors are input into a health model in the system and the relative risk (e.g., as a prediction) for a disease (such as Influenza) is determined. Another predictive model can be based on a "genetic traits prediction system." In the "genetic traits prediction system," a variety of population factors are input into a genetic traits model and the system and the various elements of individual's genome are used to predict risk factors congenital disease associated with the user's genome.

In the area of "WEALTH" predictive models and the arrangements described can include a "securities value prediction system," as generally discussed. In the securities value prediction system a variety of factors are input into the system and various elements of security, e.g., the price of the security or the volume traded or volatility of the security are determined. The securities value prediction system can be extended to a commodity price prediction system. In the securities value prediction system, a variety of factors are input into the system and, e.g., the price of commodity such as FCOJ (Frozen Concentrated Orange Juice) is determined.

In the area of "WISDOM" (e.g., knowledge) predictive models and the arrangements described can include a "movie success/revenue prediction system based on a variety of factors that are input into the system to predict the likely box office success (revenue) of a release of the film. Such a tool would be very useful for movie studios and movie distribution companies.

Other WISDOM predictive models and the arrangements described can include a "music prediction system" where based on a variety of factors inputted into the system various elements of music (lyrics, and score) are determined. Other predictive models and the arrangements described can include a "political behavior prediction" system in which political behaviors are predicted based on a variety of factors

**12**

inputted into the system. Exemplary behaviors could include topics such as electability, voting records, and poll results.

Other predictive models can include a "media bias prediction system" to predict media bias behaviors based on a variety of factors inputted into the system. The marketplace can be extended to "Games" as mentioned above to foster user interfaces based upon competitions to produce more accurate predictions and user competitions to produce original predictions.

Naive Bayes Model (NBM)

Referring now to FIG. **6**, the structure **130** of a Naive Bayes Model (NBM) is shown. Although the structure **130** of the model of FIG. **6** is a NBM it could be representative of other types of models with parent-child modes. Of the models discussed, the NBM is the simplest model type. The NBM captures pair-wise correlations between T and each predictor variable $F_i$. In a NBM the observations $F_i$ and $F_j$ are conditionally independent given T.

The posterior probability of taking on the value given a set of observations

$$\epsilon=\{f_1, f_2, f_3\} \text{ on } F=\{F_1, \ldots, F_n\}$$

is computed as:

$$P(t|\epsilon)=P(t)P(f_1|t)P(f_2|t)P(f_3|t)$$

Tree-Augmented Naive Bayes Model (TAN)

Referring now to FIG. **7** the structure **130** of a Tree-Augmented Naive Bayes Model (TAN) is shown. Although the structure **130** of the model of FIG. **6** is a TAN it could be representative of other types of models with complex conditional structure. The TAN is more complex than the NBM, discussed above. The Tree-Augmented Naive Bayes Model (TAN) captures pair-wise correlations between predictors as well as the pair-wise correlations between T and each predictor variable $F_i$. In a TAN the graph induced by observations $F=\{F_1, \ldots, F_n\}$ is in the form of a tree structure.

In the example, the posterior probability of T taking on the value t given a set of observations $\epsilon=\{f_1, f_2, f_3\}$ on $F=\{F_1, F_2, F_3\}$ is computed as:

$$P(t|\epsilon)=P(t)P(f_3|f_2,t)P(f_2|f_1,t)P(f_1|t)$$

Hierarchical Naive Bayes Model (HNBM)

Referring now to FIG. **8**, the structure **140** of a Hierarchical Naive Bayes Model (HNBM) is shown. Although the structure **140** of the model of FIG. **6** is a HNBM it could be representative of other types of models in which unknown and/or latent relationships are discovered by execution of the model. The HNBM is a more advanced model than the others considered so far. (Unlike NBM and TAN, which, in the example, are best for predictive accuracy, the HNBM model type is primarily used to discover the underlying relationships of word components.) The Hierarchical Naive Bayes Model (HNBM) captures correlations between predictors using hidden variables. A variable is "hidden" if the variable is never directly observed by analysis of the data. The structure of HNBM is a tree structure. The structure of HNBM is illustrated where H is a hidden variable.

The posterior probability of T taking on the value t given a set of observations $\epsilon=\{f_1, f_2, f_3\}$ on $F=\{F_1, F_2, F_3\}$ is computed as:

$$P(t\,|\,\varepsilon) = P(t)P(f_3\,|\,t)\sum_H P(f_1\,|\,H,t)P(f_2\,|\,H,t)$$

US 8,160,977 B2

13

While the NBM assumes predictor variables to be conditionally independent given the target variable, the TAN and HBM relax this assumption.

Hierarchical models are the organization of variables into trees that stratify variables according to statistical correlations, conditional on the parent variable. As the 'parent variable' in this case is the target variable, the hidden variable is previously an unknown and introduced in order to capture conditional correlations between words given the target, to provide stratification of the variables.

Hidden variables in the HNBM are identified based on statistical correlation between each pair of predictor variables conditional on the value of T.

A hidden variable H is introduced as the parent of two nodes (feature variables, hidden variables, or a mix thereof) when the statistical correlation between to descendent feature variables conditional on the value of T is above a predefined significance level

Let H be a hidden variable introduced as the parent of $F_i$, $F_j$. The state space of H is determined by repeatedly running the EM algorithm with H having one state, two states, etc. with $\|F_i\|*\|F_j\|$ as an upper limit on the state space size of H where $|Y|$ denotes the state space size of Y.

The state space size of H is determined as the state space size producing the highest BIC score. We can use a BIC score in order to penalize model complexity.

The invention can be implemented in digital electronic circuitry, or in computer hardware, firmware, software, or in combinations thereof. Apparatus of the invention can be implemented in a computer program product tangibly embodied in a computer and/or a machine-readable storage device for execution by a programmable processor; and method actions can be performed by a programmable processor executing a program of instructions to perform functions of the invention by operating on input data and generating output. The invention can be implemented advantageously in one or more computer programs that are executable on a programmable system including at least one programmable processor coupled to receive data and instructions from, and to transmit data and instructions to, a data storage system, at least one input device, and at least one output device. Each computer program can be implemented in a high-level procedural or object oriented programming language, or in assembly or machine language if desired; and in any case, the language can be a compiled or interpreted language. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, a processor will receive instructions and data from a read-only memory and/or a random access memory. Generally, a computer will include one or more mass storage devices for storing data files; such devices include magnetic disks, such as internal hard disks and removable disks; magneto-optical disks; and optical disks. Storage devices suitable for tangibly embodying computer program instructions and data include all forms of nonvolatile memory, including by way of example semiconductor memory devices, such as EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD_ROM disks. Any of the foregoing can be supplemented by, or incorporated in, ASICs (application-specific integrated circuits).

An example of one such type of computer is shown in FIG. 9, which shows a block diagram of a programmable processing system (system) 150 suitable for implementing or performing the apparatus or methods of the invention. The system 150 includes a processor 152, a random access memory (RAM) 154, a program memory (for example, a writable read-only memory (ROM) such as a flash ROM not shown), a

14

hard drive 156, and an input/output (I/O) controller 158 coupled by a processor (CPU) bus 160. The system 150 can be preprogrammed, in ROM, for example, or it can be programmed (and reprogrammed) by loading a program from another source (for example, from a floppy disk, a CD-ROM, or another computer).

A hard drive controller is coupled to the hard disk 156 suitable for storing executable computer programs, including programs embodying the present invention, and data including storage. The I/O controller 158 is coupled by an I/O bus (not numbered) to an I/O interface 327. The I/O interface 327 receives and transmits data in analog or digital form over communication links such as a serial link, local area network, wireless link, and parallel link.

Other environments could of course be used.

A number of embodiments of the invention have been described. Nevertheless, it will be understood that various modifications may be made without departing from the spirit and scope of the invention. Accordingly, other embodiments are within the scope of the following claims.

What is claimed is:

1. A computer implemented method for estimating a probability that a future event will occur based on user input, the method comprises:

decomposing by one or more computer systems a data input stream to build a first database of precursor data to build at least one predictive model;

building by the one or more computer systems at least one model generated by a model building process using the precursor data in the precursor database, with the at least one model being a model that produces predictions of the likelihood of an event occurring in the future; and

storing by the one or more computer systems the at least one model in a second database that stores models, with the second database being searchable to permit the at least one model in the second database to be accessed by users; and

calculating by the one or more computer systems accuracy of the at least one model against historical data.

2. The method of claim 1 further comprising:

testing by the one or more computer systems the model to optimize the model to refine accuracy level of the model.

3. The method of claim 1 further comprising:

publishing the model.

4. The method of claim 1 wherein building the database comprises:

retrieving data as data strings from a data source;

producing a dataset from the retrieved data strings.

5. The method of claim 4 wherein building the model comprises:

building a statistical model of parent-child relationships from data strings in the dataset by:

determining incidence values for the data strings in the dataset; and

concatenating the incident values with the data strings to provide child variables;

analyzing the child variables and the parent variables to produce statistical relationships between the child variables and a parent variable;

determining probabilities values based on the determined parent child relationships.

6. The method of claim 1 wherein the modeling is based on a pattern recognition technique that can be a Bayesian algorithm, Markov rule-based, neural network or genetic algorithm.

US 8,160,977 B2

15

7. The method of claim 1 further comprising:
calculating the accuracy of the model using a k-fold cross-validation.

8. The method of claim 2 wherein analyzing the child variables and the parent variables to produce statistical relationships uses a Bayesian probability algorithm engine.

9. The method of claim 1 further comprising
selecting access permissions for publishing the model.

10. The method of claim 1 further comprising
searching the database for model type.

11. The method of claim 9 further comprising:
performing an inference operation on the model to provide the probability of an event occurring.

12. The method of claim 1 further comprising:
filtering noise from the data retrieved from the data source to provide the data strings.

13. A method executed in a computer system, the method comprises:
using by one or more computer systems a search engine to search a database of models to find a model;
querying by one or more computer systems the model to develop an inference of the likelihood of a future event; and
allowing by the one or more computers a user to discard variables in the model below a certain threshold of relevancy for at least one of calculation time and predictive accuracy.

14. The method of claim 13 further comprising:
providing a market for use of the models.

15. The method of claim 13 wherein in the query a user specifies a parameter of data collection, with at least one of the parameters being a time interval.

16. The method of claim 13 wherein once a model has been published other users can query the model for the probability that a future event will occur.

17. The method of claim 15 wherein an output is an inference or other analysis such as value of information analysis and so forth, that is related to the probability of a model predicting that the future event will occur.

18. The method of claim 13 wherein the building of predictive models relates to health risk factors prediction.

19. The method of claim 13 wherein the building of predictive models relates to genetic traits prediction.

20. The method of claim 13 wherein the building of predictive models relates to commodity price prediction.

21. The method of claim 13 wherein the building of predictive models relates to movie success/revenue prediction.

22. The method of claim 13 wherein the building of predictive models relates to music prediction.

23. The method of claim 13 wherein the building of predictive models relates to political behavior prediction.

24. The method of claim 13 wherein the building of predictive models relates to media bias prediction.

25. The method of claim 13 wherein the building of predictive models relates to games.

16

26. A computer program product tangibly embodied in a computer readable storage device, the computer program product for estimating a probability that a future event will occur based on user input, the computer program product comprises instructions for causing a computer to:
decompose a data input stream to build a database of precursor data to build at least one predictive model;
build at least one model generated by a model building process using the precursor data in the database, with the at least one model being a model that produces predictions of the likelihood of an event occurring in the future;
build a statistical model of parent-child relationships from data strings in the dataset by instructions to:
determine incidence values for the data strings in the dataset;
concatenate the incident values with the data strings to provide child variables;
analyze the child variables and the parent variables to produce statistical relationships between the child variables and a parent variable;
determine probabilities values based on the determined parent child relationships; and
store the at least one model in a second database that stores models, with the database being searchable to permit the at least one model in the second database to be accessed by users.

27. The computer program product of claim 26, further comprising instructions to:
test the model to optimize the model to refine accuracy level of the model.

28. The computer program product of claim 26, further comprising instructions to:
publish the model.

29. The computer program product of claim 26 wherein instructions to build the database comprises instructions to:
retrieve data as data strings from a data source;
produce a dataset from the retrieved data strings.

30. A computer program product tangibly embodied in a computer readable medium for estimating a probability that a future event will occur based on user input, the computer program product comprises instructions for causing a computer to:
use a search engine to search a database of models to find a model; and
query the model to develop an inference of the likelihood of a future event; and
allow a user to discard variables in the model below a certain threshold of relevancy for at least one of calculation time and predictive accuracy.

31. The computer program product of claim 30 wherein in the query a user specifies a parameter of data collection, with at least one of the parameters being a time interval.

* * * * *