Exhibit C

| US8160977 | Databricks |
|---|---|
| 1. A computer implemented method for estimating a probability that a future event will occur based on user input, the method comprises: | <br><br>https://docs.databricks.com/aws/en/introduction/ |

## What is Databricks?

Databricks is a unified, open analytics platform for building, deploying, sharing, and maintaining enterprise-grade data, analytics, and AI solutions at scale. The Databricks Data Intelligence Platform integrates with cloud storage and security in your cloud account, and manages and deploys cloud infrastructure for you.

*Last updated on Jun 10, 2025*

# MLflow for ML model lifecycle

This article describes how MLflow on Databricks is used to develop high-quality generative AI agents and machine learning models.

> ⓘ NOTE
>
> If you're just getting started with Databricks, consider trying MLflow on Databricks Free Edition.

## What is MLflow?

MLflow is an open source platform for developing models and generative AI applications. It has the following primary components:

- Tracking: Allows you to track experiments to record and compare parameters and results.
- Models: Allow you to manage and deploy models from various ML libraries to various model serving and inference platforms.
- Model Registry: Allows you to manage the model deployment process from staging to production, with model versioning and annotation capabilities.
- AI agent evaluation and tracing: Allows you to develop high-quality AI agents by helping you compare, evaluate, and troubleshoot agents.

https://docs.databricks.com/aws/en/mlflow



## Predict churn and calculate lifetime value

Survival analysis is a collection of statistical methods used to examine and predict the time until an event of interest occurs. In this Solution Accelerator, learn how to use different survival analysis techniques for predicting churn and calculating lifetime value.

- Identify which factors contribute most to extending the customer lifecycle
- Predict which customers are at risk of churning
- Optimize marketing spend based on the ratio of lifetime value to cost of acquisition

**Download notebook**

https://www.databricks.com/solutions/accelerators/survival-analysis-for-churn-and-lifetime-value

| decomposing by one or more | **Comment:** Databricks Feature Store transforms batch/streaming inputs into feature tables (precursor data) and stores the precursor data in those feature tables, which are used to train predictive models. |
| --- | --- |

2

computer systems a data input stream to build a first database of precursor data to build at least one predictive model;

# Databricks Feature Store

This page is an overview of capabilities available when you use Databricks Feature Store with Unity Catalog.

The Databricks Feature Store provides a central registry for features used in your AI and ML models. Feature tables and models are registered in Unity Catalog, providing built-in governance, lineage, and cross-workspace feature sharing and discovery. With Databricks, the entire model training workflow takes place on a single platform, including:

- Data pipelines that ingest raw data, create feature tables, train models, and perform batch inference.
- Model and feature serving endpoints that are available with a single click and that provide milliseconds of latency.
- Data and model monitoring.

When you use features from the feature store to train models, the model automatically tracks lineage to the features that were used in training. At inference time, the model automatically looks up the latest feature values. The feature store also provides on-demand computation of features for real-time applications. The feature store handles all of the feature computation tasks. This eliminates training/serving skew, ensuring that the feature computations used at inference are the same as those used during model training. It also significantly simplifies the client-side code, as all feature lookups and computation are handled by the feature store.

https://docs.databricks.com/aws/en/machine-learning/feature-store

3

Writes to a feature table.

If the input `DataFrame` is streaming, will create a write stream.

Parameters:
- **name** – A feature table name of the form `<database_name>.<table_name>`, for example `dev.user_features`. Raises an exception if this feature table does not exist.
- **df** – Spark `DataFrame` with feature data. Raises an exception if the schema does not match that of the feature table.
- **mode** –
  Two supported write modes:

  - `"overwrite"` updates the whole table.
  - `"merge"` will upsert the rows in `df` into the feature table. If `df` contains columns not present in the feature table, these columns will be added as new features.
- **checkpoint_location** – Sets the Structured Streaming `checkpointLocation` option. By setting a `checkpoint_location`, Spark Structured Streaming will store progress information and intermediate state, enabling recovery after failures. This parameter is only supported when the argument `df` is a streaming `DataFrame`.
- **trigger** – If `df.isStreaming`, `trigger` defines the timing of stream data processing, the dictionary will be unpacked and passed to `DataStreamWriter.trigger` as arguments. For example, `trigger={'once': True}` will result in a call to `DataStreamWriter.trigger(once=True)`.

Returns:   If `df.isStreaming`, returns a PySpark `StreamingQuery`. `None` otherwise.

https://learn.microsoft.com/en-us/azure/databricks/_extras/documents/feature-store-python-api-reference-0-12-0.pdf

See Also:

https://api-docs.databricks.com/python/feature-store/latest/feature_store.client.html
https://docs.databricks.com/aws/en/machine-learning/feature-store/workspace-feature-store/feature-tables

building by the one or more computer systems at

**Comment:** Databricks Feature Store transforms batch/streaming inputs into feature tables that store precursor data used to train predictive models. Databricks tracks training runs and model outputs with MLflow. Spark ML logistic regression outputs a probability score for each record (a likelihood the future event will occur).

least one model generated by a model building process using the precursor data in the precursor database, with the at least one model being a model that produces predictions of the likelihood of an event occurring in the future; and

## How does feature engineering on Databricks work?

The typical machine learning workflow using feature engineering on Databricks follows this path:

1. Write code to convert raw data into features and create a Spark DataFrame containing the desired features.

2. Create a Delta table in Unity Catalog that has a primary key.

3. Train and log a model using the feature table. When you do this, the model stores the specifications of features used for training. When the model is used for inference, it automatically joins features from the appropriate feature tables.

4. Register model in Model Registry.

   You can now use the model to make predictions on new data. For batch use cases, the model automatically retrieves the features it needs from Feature Store.

5. For real-time serving use cases, publish the features to an online feature store.

6. At inference time, the model serving endpoint automatically uses the entity IDs in the request data to look up pre-computed features from the online store to score the ML model. The endpoint uses Unity Catalog to resolve lineage from the served model to the features used to train this model, and tracks lineage to the online feature store for real-time access.



https://docs.databricks.com/aws/en/mlflow/index.html

5

# Databricks Feature Store

This page is an overview of capabilities available when you use Databricks Feature Store with Unity Catalog.

The Databricks Feature Store provides a central registry for features used in your AI and ML models. Feature tables and models are registered in Unity Catalog, providing built-in governance, lineage, and cross-workspace feature sharing and discovery. With Databricks, the entire model training workflow takes place on a single platform, including:

- Data pipelines that ingest raw data, create feature tables, train models, and perform batch inference.
- Model and feature serving endpoints that are available with a single click and that provide milliseconds of latency.
- Data and model monitoring.

When you use features from the feature store to train models, the model automatically tracks lineage to the features that were used in training. At inference time, the model automatically looks up the latest feature values. The feature store also provides on-demand computation of features for real-time applications. The feature store handles all of the feature computation tasks. This eliminates training/serving skew, ensuring that the feature computations used at inference are the same as those used during model training. It also significantly simplifies the client-side code, as all feature lookups and computation are handled by the feature store.

https://docs.databricks.com/aws/en/machine-learning/feature-store

## Why Do We Evaluate Models?

Model evaluation is an integral part of the ML lifecycle. It enables data scientists to measure, interpret, and explain the performance of their models. It accelerates the model development timeframe by providing insights into how and why models are performing the way that they are performing. Especially as the complexity of ML models increases, being able to swiftly observe and understand the performance of ML models is essential in a successful ML development journey.

https://www.databricks.com/blog/2022/04/19/model-evaluation-in-mlflow.html

6

*Last updated on Jun 10, 2025*

# MLflow for ML model lifecycle

This article describes how MLflow on Databricks is used to develop high-quality generative AI agents and machine learning models.

> ⓘ NOTE
>
> If you're just getting started with Databricks, consider trying MLflow on Databricks Free Edition.

## What is MLflow?

MLflow is an open source platform for developing models and generative AI applications. It has the following primary components:

- Tracking: Allows you to track experiments to record and compare parameters and results.
- Models: Allow you to manage and deploy models from various ML libraries to various model serving and inference platforms.
- Model Registry: Allows you to manage the model deployment process from staging to production, with model versioning and annotation capabilities.
- AI agent evaluation and tracing: Allows you to develop high-quality AI agents by helping you compare, evaluate, and troubleshoot agents.

https://docs.databricks.com/aws/en/mlflow



## Predict churn and calculate lifetime value

Survival analysis is a collection of statistical methods used to examine and predict the time until an event of interest occurs. In this Solution Accelerator, learn how to use different survival analysis techniques for predicting churn and calculating lifetime value.

- Identify which factors contribute most to extending the customer lifecycle
- Predict which customers are at risk of churning
- Optimize marketing spend based on the ratio of lifetime value to cost of acquisition

[Download notebook]

https://www.databricks.com/solutions/accelerators/survival-analysis-for-churn-and-lifetime-value

See Also:

https://learn.microsoft.com/en-us/azure/synapse-analytics/spark/apache-spark-machine-learning-mllib-notebook

https://api-docs.databricks.com/python/feature-store/latest/feature_store.client.html

7

| | |
|---|---|
| storing by the one or more computer systems the at least one model in a second database that stores models, with the second database being searchable to permit the at least one model in the second database to be accessed by users; and | **Comment:** Trained models are stored in Models in Unity Catalog (hosted Model Registry) a second database for models that supports user discovery/search (Catalog Explorer and MLflow Search Registered Models/Model Versions APIs), enabling users to access registered models. |

# Manage model lifecycle in Unity Catalog

ⓘ **IMPORTANT**

This page documents Models in Unity Catalog, which Databricks recommends for governing and deploying models. If your workspace is not enabled for Unity Catalog, the functionality on this page is not available. Instead, see Manage model lifecycle using the Workspace Model Registry (legacy). For guidance on how to upgrade from the Workspace Model Registry to Unity Catalog, see Migrate workflows and models to Unity Catalog.

This article describes how to use Models in Unity Catalog as part of your machine learning workflow to manage the full lifecycle of ML models. Databricks provides a hosted version of MLflow Model Registry in Unity Catalog. Models in Unity Catalog extends the benefits of Unity Catalog to ML models, including centralized access control, auditing, lineage, and model discovery across workspaces.

Models in Unity Catalog is compatible with the open-source MLflow Python client.

For an overview of Model Registry concepts, see MLflow for ML model lifecycle.

MLflow 3 makes significant enhancements to the MLflow Model Registry in Unity Catalog, allowing your models to directly capture data like parameters and metrics and make them available across all workspaces and experiments. The default registry URI in MLflow 3 is `databricks-uc`, meaning the MLflow Model Registry in Unity Catalog will be used. For more details, see Get started with MLflow 3 for models and Model Registry improvements with MLflow 3.

https://docs.databricks.com/aws/en/machine-learning/manage-model-lifecycle/

8

## What is Unity Catalog?

This article introduces Unity Catalog, a unified governance solution for data and AI assets on Databricks. It explains key concepts and gives an overview of how to use Unity Catalog to govern data.

ⓘ **NOTE**

Unity Catalog is also available as an open-source implementation. See the announcement blog and the public Unity Catalog GitHub repo.

### Overview of Unity Catalog

Unity Catalog is a centralized data catalog that provides access control, auditing, lineage, quality monitoring, and data discovery capabilities across Databricks workspaces.

Key features of Unity Catalog include:

- **Define once, secure everywhere**: Unity Catalog offers a single place to administer data access policies that apply across all workspaces in a region.
- **Standards-compliant security model**: Unity Catalog's security model is based on standard ANSI SQL and allows administrators to grant permissions in their existing data lake using familiar syntax.
- **Built-in auditing and lineage**: Unity Catalog automatically captures user-level audit logs that record access to your data. Unity Catalog also captures lineage data that tracks how data assets are created and used across all languages.
- **Data discovery**: Unity Catalog lets you tag and document data assets, and provides a search interface to help data consumers find data.
- **System tables**: Unity Catalog lets you easily access and query your account's operational data, including audit logs, billable usage, and lineage.

https://docs.databricks.com/aws/en/data-governance/unity-catalog/

See Also: https://databricks-sdk-py.readthedocs.io/en/latest/workspace/catalog/registered_models.html

https://docs.databricks.com/api/azure/workspace/modelregistry/listmodels

https://docs.databricks.com/api/workspace/modelregistry/searchmodels

| calculating by the one or more | **Comment:** Databricks evaluates models on **historical, ground-truth evaluation datasets** and logs **accuracy** and related metrics via **MLflow evaluation**, enabling side-by-side comparisons across runs. |
| --- | --- |

computer systems accuracy of the at least one model against historical data.

## Why Do We Evaluate Models?

Model evaluation is an integral part of the ML lifecycle. It enables data scientists to measure, interpret, and explain the performance of their models. It accelerates the model development timeframe by providing insights into how and why models are performing the way that they are performing. Especially as the complexity of ML models increases, being able to swiftly observe and understand the performance of ML models is essential in a successful ML development journey.

## State of Model Evaluation in MLflow

Currently, many users evaluate the performance of their MLflow model of the python_function (pyfunc) model flavor through the `mlflow.evaluate` API, which supports the evaluation of classification and regression models. It computes and logs a set of built-in task-specific performance metrics, model performance plots, and model explanations to the MLflow Tracking server.

## Built-in Metrics

MLflow bakes in a set of commonly used performance and model explainability metrics for both classifier and regressor models. Evaluating models on these metrics is straightforward. All we need is to create an evaluation dataset containing the test data and targets and make a call to `mlflow.evaluate`.

Depending on the type of model, different metrics are computed. Refer to the Default Evaluator behavior section under the API documentation of `mlflow.evaluate` for the most up-to-date information regarding built-in metrics.

https://www.databricks.com/blog/2022/04/19/model-evaluation-in-mlflow.html

10

| | |
|---|---|
| | ## Retriever Metrics<br><br>The following metrics are built-in metrics for the `'retriever'` model type, meaning they will be automatically calculated with a default `retriever_k` value of 3.<br><br>To evaluate document retrieval models, it is recommended to use a dataset with the following columns:<br><br>• Input queries<br>• Retrieved relevant doc IDs<br>• Ground-truth doc IDs<br><br>Alternatively, you can also provide a function through the `model` parameter to represent your retrieval model. The function should take a Pandas DataFrame containing input queries and ground-truth relevant doc IDs, and return a DataFrame with a column of retrieved relevant doc IDs.<br><br>https://mlflow.org/docs/latest/python_api/mlflow.metrics.html<br><br>See Also: https://mlflow.org/docs/latest/ml/evaluation/ |
| 2. The method of claim 1 further comprising: testing by the one or more computer systems the model to optimize the model to refine accuracy level of the model. | **Comment:** Databricks supports testing/optimizing models via hyperparameter tuning (e.g., MLlib CrossValidator / TrainValidationSplit), and logs tuning trials and evaluation metrics with MLflow. |

11

*Last updated on **Jan 29, 2026***

# Hyperparameter tuning

Python libraries like Optuna, Ray Tune, and Hyperopt simplify and automate hyperparameter tuning to efficiently find an optimal set of hyperparameters for machine learning models. These libraries scale across multiple computes to quickly find hyperparameters with minimal manual orchestration and configuration requirements.

## Optuna

Optuna is a light-weight framework that makes it easy to define a dynamic search space for hyperparameter tuning and model selection. Optuna includes some of the latest optimization and machine learning algorithms.

Optuna can be easily parallelized with Joblib to scale workloads, and integrated with MLflow to track hyperparameters and metrics across trials.

To get started with Optuna, see Hyperparameter tuning with Optuna.

## Ray Tune

Databricks Runtime ML includes Ray, an open-source framework used for parallel compute processing. Ray Tune is a hyperparameter tuning library that comes with Ray and uses Ray as a backend for distributed computing.

For details on how to run Ray on Databricks, see What is Ray on Databricks?. For examples of Ray Tune, see Ray Tune documentation.

https://docs.databricks.com/aws/en/machine-learning/automl-hyperparam-tuning/

See Also: https://spark.apache.org/docs/latest/ml-tuning.html
https://mlflow.org/docs/latest/tracking.html

| 3. The method of claim 1 further comprising: publishing the model. | *Last updated on **Sep 17, 2025*** <br><br> # Manage model lifecycle in Unity Catalog <br><br> ⓘ **IMPORTANT** <br> This page documents Models in Unity Catalog, which Databricks recommends for governing and deploying models. If your workspace is not enabled for Unity Catalog, the functionality on this page is not available. Instead, see Manage model lifecycle using the Workspace Model Registry (legacy). For guidance on how to upgrade from the Workspace Model Registry to Unity Catalog, see Migrate workflows and models to Unity Catalog. <br><br> This article describes how to use Models in Unity Catalog as part of your machine learning workflow to manage the full lifecycle of ML models. Databricks provides a hosted version of MLflow Model Registry in Unity Catalog. Models in Unity Catalog extends the benefits of Unity Catalog to ML models, including centralized access control, auditing, lineage, and model discovery across workspaces. Models in Unity Catalog is compatible with the open-source MLflow Python client. <br><br> For an overview of Model Registry concepts, see MLflow for ML model lifecycle. <br><br> MLflow 3 makes significant enhancements to the MLflow Model Registry in Unity Catalog, allowing your models to directly capture data like parameters and metrics and make them available across all workspaces and experiments. The default registry URI in MLflow 3 is `databricks-uc`, meaning the MLflow Model Registry in Unity Catalog will be used. For more details, see Get started with MLflow 3 for models and Model Registry improvements with MLflow 3. <br><br> https://docs.databricks.com/aws/en/machine-learning/manage-model-lifecycle/ <br><br> See Also: https://mlflow.org/docs/latest/model-registry.html |
| 4. The method of claim 1 wherein building the database comprises: retrieving data as data strings from a data source; | *Last updated on **Feb 28, 2025*** <br><br> # Build an unstructured data pipeline for RAG <br><br> This article describes how to build an unstructured data pipeline for gen AI applications. Unstructured pipelines are particularly useful for Retrieval-Augmented Generation (RAG) applications. <br><br> Learn how to convert unstructured content like text files and PDFs into a vector index that AI agents or other retrievers can query. You also learn how to experiment and tune your pipeline to optimize chunking, indexing, and parsing data, allowing you to troubleshoot and experiment with the pipeline to achieve better results. |

| producing a dataset from the retrieved data strings. | ## Key components of the data pipeline<br><br>The foundation of any RAG application with unstructured data is the data pipeline. This pipeline is responsible for curating and preparing the unstructured data in a format the RAG application can use effectively.<br><br><br><br>https://docs.databricks.com/aws/en/generative-ai/tutorials/ai-cookbook/quality-data-pipeline-rag<br><br>See Also: https://docs.databricks.com/gcp/en/sql/language-manual/functions/regexp_replace |
|---|---|
| 5. The method of claim 4 wherein building the model comprises: building a statistical model of parent-child relationships from data | **Comment:** Databricks builds statistical relationship models from datasets derived from string/text fields ("data strings"), and Databricks also supports explicitly modeling parent-child relationships (e.g., via Decision Trees, relationship/graph representations) that can feed downstream statistical/probabilistic modeling. |

strings in the dataset by:

# Decision trees

Decision trees and their ensembles are popular methods for the machine learning tasks of classification and regression. Decision trees are widely used since they are easy to interpret, handle categorical features, extend to the multiclass classification setting, do not require feature scaling, and are able to capture non-linearities and feature interactions. Tree ensemble algorithms such as random forests and boosting are among the top performers for classification and regression tasks.

The `spark.ml` implementation supports decision trees for binary and multiclass classification and for regression, using both continuous and categorical features. The implementation partitions data by rows, allowing distributed training with millions or even billions of instances.

https://spark.apache.org/docs/latest/ml-classification-regression.html

When providing recommendations to shoppers on what to purchase, you are often looking for items that are frequently purchased together (e.g. peanut butter and jelly). A key technique to uncover associations between different items is known as market basket analysis. In your recommendation engine toolbox, the association rules generated by market basket analysis (e.g. if one purchases peanut butter, then they are likely to purchase jelly) is an important and useful technique.  With the rapid growth e-commerce data, it is necessary to execute models like market basket analysis on increasing larger sizes of data. That is, it will be important to have the algorithms and infrastructure necessary to generate your association rules on a distributed platform. In this blog post, we will discuss how you can quickly run your market basket analysis using Apache Spark MLlib FP-growth algorithm on Databricks.

- **Ingest your data**: Bringing in the data from your source systems; often involving ETL processes (though we will bypass this step in this demo for brevity)
- **Explore your data using Spark SQL**: Now that you have cleansed data, explore it so you can get some business insight
- **Train your ML model using FP-growth**: Execute FP-growth to execute your frequent pattern mining algorithm
- **Review the association rules** generated by the ML model for your recommendations

15

## Train ML Model

To understand the frequency of items are associated with each other (e.g. how many times does peanut butter and jelly get purchased together), we will use association rule mining for market basket analysis. Spark MLlib implements two algorithms related to frequency pattern mining (FPM): `FP-growth` and `PrefixSpan`. The distinction is that `FP-growth` does not use order information in the itemsets, if any, while `PrefixSpan` is designed for sequential pattern mining where the itemsets are ordered. We will use `FP-growth` as the order information is not important for this use case.



> Note, we will be using the Scala API so we can configure setMinConfidence

https://www.databricks.com/blog/2018/09/18/simplify-market-basket-analysis-using-fp-growth-on-databricks.html

See Also: https://spark.apache.org/docs/latest/mllib-frequent-pattern-mining.html

### Graph Theory and Graph Processing

Graph processing is an important aspect of analysis that applies to a lot of use cases. Fundamentally, graph theory and processing are about defining relationships between different nodes and edges. Nodes or vertices are the units while edges are the relationships that are defined between those.

Some business use cases could be to look at the central people in social networks (identifying who is most popular in a group of friends), the importance of papers in bibliographic networks (determining which papers are most referenced), and ranking web pages.

https://docs.databricks.com/aws/en/integrations/graphframes/

See Also:  https://docs.databricks.com/aws/en/integrations/graphframes/user-guide-scala

16

| | |
|---|---|
| determining incidence values for the data strings in the dataset; and | **Comment:** Databricks computes incidence/frequency for data strings using grouping and count/aggregation, and Databricks also derives frequency/incidence-style features as inputs to relationship modeling workflows.<br><br>Last updated on **Jul 21, 2025**<br><br>## GROUP BY clause<br><br>**Applies to:** ✅ Databricks SQL ✅ Databricks Runtime<br><br>The `GROUP BY` clause is used to group the rows based on a set of specified grouping expressions and compute aggregations on the group of rows based on one or more specified aggregate functions. Databricks SQL also supports advanced aggregations to do multiple aggregations for the same input record set via `GROUPING SETS`, `CUBE`, `ROLLUP` clauses. The grouping expressions and advanced aggregations can be mixed in the `GROUP BY` clause and nested in a `GROUPING SETS` clause.<br><br>See more details in the Mixed/Nested Grouping Analytics section.<br><br>https://docs.databricks.com/aws/en/sql/language-manual/sql-ref-syntax-qry-select-groupby |

17

Last updated on **Jan 12, 2024**

# `count` aggregate function

**Applies to:** ✅ Databricks SQL ✅ Databricks Runtime

Returns the number of retrieved rows in a group.

## Syntax

```
count ( [DISTINCT | ALL] * ) [FILTER ( WHERE cond ) ]
```

```
count ( [DISTINCT | ALL] expr [, ...] ) [FILTER ( WHERE cond ) ]
```

This function can also be invoked as a window function using the `OVER` clause.

## Arguments

- `*`: Counts all rows in the group.
- `expr`: Counts all rows for which all `exprN` are not `NULL`.
- `cond`: An optional boolean expression filtering the rows used for aggregation.

https://docs.databricks.com/aws/en/sql/language-manual/functions/count

See Also: https://api-docs.databricks.com/python/pyspark/latest/pyspark.sql/api/pyspark.sql.DataFrame.groupBy.html

Discovering frequent patterns hiding in a big dataset has application across a broad range of use cases. Retailers may be interested in finding items that are frequently purchased together from a large transaction database. Biologists may be interested in frequent DNA or amino acid sequences. In Apache Spark 1.5, we have significantly improved Spark's frequent pattern mining capabilities by adding algorithms for association rule generation and sequential pattern mining.

https://www.databricks.com/blog/2015/09/28/improved-frequent-pattern-mining-in-apache-spark-1-5-association-rules-and-sequential-patterns.html

See Also: https://spark.apache.org/docs/latest/mllib-frequent-pattern-mining.html

| | |
|---|---|
| concatenating the incident values with | **Comment:** Databricks supports concat/concat_ws-style feature engineering to concatenate a data string with its incidence value (or an encoding) into a derived "child variable," and Databricks also uses such combined identifiers/weights as relationship-aware engineered features. |

18

| | |
|---|---|
| the data strings to provide child variables; | *Last updated on **Oct 10, 2023*** <br><br> `concat` function <br><br> **Applies to:** ✅ Databricks SQL  ✅ Databricks Runtime <br><br> Returns the concatenation of the arguments. This function is a synonym for `||` (pipe pipe sign) operator. <br><br> https://docs.databricks.com/aws/en/sql/language-manual/functions/concat <br><br> See Also: https://docs.databricks.com/aws/en/sql/language-manual/functions/concat_ws <br><br> *Last updated on **Jan 28, 2026*** <br><br> concat <br><br> Collection function: Concatenates multiple input columns together into a single column. The function works with strings, numeric, binary and compatible array columns. Supports Spark Connect. <br><br> For the corresponding Databricks SQL function, see `concat function`. <br><br> https://docs.databricks.com/aws/en/pyspark/reference/functions/concat |
| analyzing the child variables and the parent variables to produce statistical relationships between the child variables and a parent variable; | **Comment:** Databricks supports statistical analysis that learns relationships among variables (e.g., association/relationship discovery) from parent variables and engineered child variables, and Databricks also supports relationship/graph pattern analysis combined with ML to quantify child-parent relationship structure. |

When providing recommendations to shoppers on what to purchase, you are often looking for items that are frequently purchased together (e.g. peanut butter and jelly). A key technique to uncover associations between different items is known as market basket analysis. In your recommendation engine toolbox, the association rules generated by market basket analysis (e.g. if one purchases peanut butter, then they are likely to purchase jelly) is an important and useful technique.  With the rapid growth e-commerce data, it is necessary to execute models like market basket analysis on increasing larger sizes of data. That is, it will be important to have the algorithms and infrastructure necessary to generate your association rules on a distributed platform. In this blog post, we will discuss how you can quickly run your market basket analysis using Apache Spark MLlib `FP-growth` algorithm on Databricks.

- **Ingest your data**: Bringing in the data from your source systems; often involving ETL processes (though we will bypass this step in this demo for brevity)
- **Explore your data using Spark SQL**: Now that you have cleansed data, explore it so you can get some business insight
- **Train your ML model using FP-growth**: Execute FP-growth to execute your frequent pattern mining algorithm
- **Review the association rules** generated by the ML model for your recommendations

## Train ML Model

To understand the frequency of items are associated with each other (e.g. how many times does peanut butter and jelly get purchased together), we will use association rule mining for market basket analysis. Spark MLlib implements two algorithms related to frequency pattern mining (FPM): `FP-growth` and `PrefixSpan`. The distinction is that `FP-growth` does not use order information in the itemsets, if any, while `PrefixSpan` is designed for sequential pattern mining where the itemsets are ordered. We will use `FP-growth` as the order information is not important for this use case.



Note, we will be using the Scala API so we can configure setMinConfidence

https://www.databricks.com/blog/2018/09/18/simplify-market-basket-analysis-using-fp-growth-on-databricks.html

See Also: https://spark.apache.org/docs/latest/mllib-frequent-pattern-mining.html

### Graph Theory and Graph Processing

Graph processing is an important aspect of analysis that applies to a lot of use cases. Fundamentally, graph theory and processing are about defining relationships between different nodes and edges. Nodes or vertices are the units while edges are the relationships that are defined between those.

Some business use cases could be to look at the central people in social networks (identifying who is most popular in a group of friends), the importance of papers in bibliographic networks (determining which papers are most referenced), and ranking web pages.

https://docs.databricks.com/aws/en/integrations/graphframes/

See Also: https://docs.databricks.com/aws/en/integrations/graphframes/user-guide-scala

| determining probabilities values based on the | **Comment:** Databricks derives probability-like values from learned parent-child relationships via FP-Growth rule confidence (likelihood of child given parent) and also supports Bayesian probability outputs tracked with MLflow (e.g., PyMC3). |
|---|---|

| determined parent child relationships. | ## Review Association Rules |
|---|---|
| | In addition to `freqItemSets`, the FP-growth model also generates `associationRules`. For example, if a shopper purchases *peanut butter*, what is the probability (or confidence) that they will also purchase *jelly*. For more information, a good reference is Susan Li's A Gentle Introduction on Market Basket Analysis — Association Rules. |
| | A good way to think about *association rules* is that model determines that **if** you purchased something (i.e. the *antecedent*), **then** you will purchase this other thing (i.e. the *consequent*) with the following **confidence**. |
| | https://www.databricks.com/blog/2018/09/18/simplify-market-basket-analysis-using-fp-growth-on-databricks.html |
| | This post is the third in a series on Bayesian inference ([1], [2] ). Here we will illustrate how to use managed MLflow on Databricks to perform and track Bayesian experiments using the Python package PyMC3. This results in systematic and reproducible experimentation ML pipelines that can be shared across data science teams due to the version control and variable tracking features. The data tracked by MLflow can either be accessed through the managed service provided through Databricks either using the UI or the API. Data scientists who are not using the managed MLflow service can use the API to access the experiments and the associated data. On Databricks, access to the data and the different models are managed through the ACL that mlflow provides. The models can then be easily productionized and deployed through a variety of frameworks. |
| | https://www.databricks.com/blog/2021/10/18/mlflow-for-bayesian-experiment-tracking.html |
| 6. The method of claim 1 wherein the modeling is based on a pattern recognition technique that can be a Bayesian | **Comment:** Databricks supports or implements multiple pattern-recognition/modeling techniques including: (i) neural networks / deep learning (e.g., PyTorch/TensorFlow on Databricks), (ii) Markov chain models (e.g., Databricks notebook/solution accelerator implementing Markov chains), (iii) Bayesian modeling/inference (e.g., PyMC3 on Databricks with MLflow tracking), and (iv) genetic/evolutionary algorithms used in optimization workflows (e.g., GEPA described by Databricks).<br><br>**Bayesian modeling (PyMC3 + MLflow):** |

| | |
|---|---|
| algorithm, Markov rule-based, neural network or genetic algorithm. | This post is the third in a series  on Bayesian inference ([1], [2] ). Here we will illustrate how to use managed MLflow on Databricks to perform and track Bayesian experiments using the Python package PyMC3. This results in systematic and reproducible experimentation ML pipelines that can be shared across data science teams due to the version control and variable tracking features. The data tracked by MLflow can either be accessed through the managed service provided through Databricks either using the UI or the API.  Data scientists who are not using the managed MLflow service can use the API to access the experiments and the associated data.  On Databricks, access to the data and the different models are managed through the ACL that MLflow provides. The models can then be easily productionized and deployed through a variety of frameworks.<br><br>https://www.databricks.com/blog/2021/10/18/mlflow-for-bayesian-experiment-tracking.html<br><br>**Markov models:**<br>**Intro to Multi-Touch Attribution with Markov Chains**<br><br>**Overview**<br><br>• Heuristic-based attribution methods like first-touch, last-touch, and linear are relatively easy to implement but are less accurate than data-driven methods. With marketing dollars at stake, data-driven methods are highly recommen<br><br>• There are three steps to take when using Markov Chains to calculate attribution:<br>  ○ Step 1: Construct a transition probablity matrix<br>  ○ Step 2: Calculate the total conversion probability<br>  ○ Step 3: Use the removal effect to calculate attribution<br><br>https://www.databricks.com/notebooks/multi_touch_attribution/04_markov_chains.html<br><br>**Neural networks / deep learning:** |

Last updated on *Jul 11, 2025*

# Deep learning

This article gives a brief introduction to using PyTorch, Tensorflow, and distributed training for developing and fine-tuning deep learning models on Databricks. It also includes links to pages with example notebooks illustrating how to use those tools.

- For general guidelines on optimizing deep learning workflows on Databricks, see Best practices for deep learning on Databricks.
- For information about working with large language models and generative AI on Databricks, see:
  - Large language models (LLMs) on Databricks.
  - AI and machine learning on Databricks.
- For information and guidance on using serverless GPU compute for single and multi-node deep learning workloads, see Serverless GPU compute.

https://docs.databricks.com/aws/en/machine-learning/train-model/deep-learning

**Genetic/evolutionary algorithm(GEPA):**

Generic LLM judges and static prompts fail to capture domain-specific nuance. Determining what makes an football defensive analysis "good" requires deep football knowledge: coverage schemes, formation tendencies, situational context. General-purpose evaluators miss this. The same is true for legal review, medical triage, financial due diligence, or any domain where expert judgment matters.

This post walks through an architecture for **self-optimizing agents** built on Databricks Agent Framework, where enterprise-specific human expertise continuously improves AI quality using MLflow, and developers control the entire experience. We use an American Football Defensive Coordinator (DC) Assistant as the running example in this post: a tool-calling agent that can answer questions like "Who gets the ball in 11 personnel on 3rd-and-6" or "What does the opponent do in the last 2 minutes of halves?" The following example shows this agent interacting with a user via Databricks Apps.

https://www.databricks.com/blog/self-optimizing-football-chatbot-guided-domain-experts-databricks

| | |
|---|---|
| 7. The method of claim | **Comment (draft):** Databricks supports k-fold cross validation using Spark MLlib CrossValidator; evaluation metrics (including accuracy) can be logged/tracked with MLflow. |

| 1 further comprising: calculating the accuracy of the model using a k-fold cross-validation. | **How to perform group K–fold cross validation with Apache Spark**<br><br>Learn how to perform group K–fold cross validation with Apache Spark on Databricks.<br><br> Written by **Adam Pavlacka**<br>Last published at: February 24th, 2023<br><br>Cross validation randomly splits the training data into a specified number of folds. To prevent data leakage where the same data shows up in multiple folds you can use groups. scikit-learn supports group K–fold cross validation to ensure that the folds are distinct and non-overlapping.<br><br>https://kb.databricks.com/machine-learning/kfold-cross-validation<br><br>See Also: https://spark.apache.org/docs/latest/ml-tuning.html |
| --- | --- |
| 8. The method of claim 2 wherein analyzing the child variables and the parent variables to produce statistical relationships uses a Bayesian probability | **Comment:** Databricks has documented Bayesian modeling/inference on Databricks (e.g., using PyMC3), and tracking those Bayesian experiments with managed MLflow, consistent with a model comprising a Bayesian engine.<br><br>This post is the third in a series on Bayesian inference ([1], [2] ). Here we will illustrate how to use managed MLflow on Databricks to perform and track Bayesian experiments using the Python package PyMC3. This results in systematic and reproducible experimentation ML pipelines that can be shared across data science teams due to the version control and variable tracking features. The data tracked by MLflow can either be accessed through the managed service provided through Databricks either using the UI or the API. Data scientists who are not using the managed MLflow service can use the API to access the experiments and the associated data. On Databricks, access to the data and the different models are managed through the ACL that MLflow provides. The models can then be easily productionized and deployed through a variety of frameworks.<br><br>https://www.databricks.com/blog/2021/10/18/mlflow-for-bayesian-experiment-tracking.html |

| | |
|---|---|
| algorithm engine. | In this post, we look at how to use PyMC3 to infer the disease parameters for COVID-19. PyMC3 is a popular probabilistic programming framework that is used for Bayesian modeling. Two popular methods to accomplish this are the Markov Chain Monte Carlo (MCMC) and Variational Inference methods. The work here looks at using the currently available data for the infected cases in the United States as a time-series and attempts to model this using a compartmental probabilistic model. We want to try to infer the disease parameters and eventually estimate $R_0$ using MCMC sampling.<br><br>The work presented here is for illustration purposes only and real-life Bayesian modeling requires far more sophisticated tools than what is shown here. Various assumptions regarding population dynamics are made here, which may not be valid for large non-homogeneous populations. Also,  interventions such as social distancing and vaccinations are not considered here.<br><br>https://www.databricks.com/blog/2021/01/06/bayesian-modeling-of-the-temporal-dynamics-of-covid-19-using-pymc3.html |

| 9. The method of claim 1 further comprising selecting access permissions for publishing the model. | *Last updated on **Jan 23, 2026*** |
|---|---|

# Unity Catalog privileges and securable objects

This page describes the Unity Catalog securable objects and the privileges that apply to them. To learn how to grant privileges in Unity Catalog, see Show, grant, and revoke privileges.

> ⓘ NOTE
>
> This article refers to the Unity Catalog privileges and inheritance model in Privilege Model version 1.0. If you created your Unity Catalog metastore during the public preview (before August 25, 2022), you might be on an earlier privilege model that doesn't support the current inheritance model. You can upgrade to Privilege Model version 1.0 to get privilege inheritance. See Upgrade to privilege inheritance.

## Securable objects in Unity Catalog

A securable object is an object defined in the Unity Catalog metastore on which privileges can be granted to a principal (user, service principal, or group). Securable objects in Unity Catalog are hierarchical.



https://docs.databricks.com/aws/en/data-governance/unity-catalog/manage-privileges/privileges

See Also: https://docs.databricks.com/aws/en/machine-learning/manage-model-lifecycle/

27

| 10. The method of claim 1 further comprising  searching the database for model type. | Documentation › REST API reference › Model Registry<br><br>**Search models**<br><br>`GET /api/2.0/mlflow/registered-models/search`<br><br>Search for registered models based on the specified **filter**.<br><br>**Query parameters**<br><br>**filter** string<br>String filter condition, like "name LIKE 'my-model-name'". Interpreted in the backend automatically as "name LIKE '%my-model-name%'". Single boolean condition, with string values wrapped in single quotes.<br><br>**max_results** int64 <= 1000<br>Default **100**<br>Maximum number of models desired. Default is 100. Max threshold is 1000.<br><br>**order_by** Array of string<br>List of columns for ordering search results, which can include model name and last updated timestamp with an optional "DESC" or "ASC" annotation, where "ASC" is the default. Tiebreaks are done by model name ASC.<br><br>**page_token** string<br>Pagination token to go to the next page based on a previous search query.<br><br>https://docs.databricks.com/api/workspace/modelregistry/searchmodels<br><br>See Also: https://docs.databricks.com/api/workspace/modelregistry/listmodels |
| 11. The method of claim 9 further comprising: performing an inference operation on the model to provide the probability of an event occurring. | **Comment:** Databricks Model Serving provides an endpoint that, when invoked, performs an inference operation on the model and outputs a probability of the event occurring, where that returned probability is the model's inference.<br><br>## Query serving endpoints for custom models<br><br>In this article, learn how to format scoring requests for your served model, and how to send those requests to the model serving endpoint. The guidance is relevant to serving custom models, which Databricks defines as traditional ML models or customized Python models packaged in the MLflow format. Register the models in Unity Catalog or in the workspace model registry. Examples include scikit-learn, XGBoost, PyTorch, and Hugging Face transformer models. See Deploy models using Mosaic AI Model Serving for more information about this functionality and supported model categories.<br><br>https://docs.databricks.com/aws/en/machine-learning/model-serving/score-custom-model-endpoints |

| | |
|---|---|
| | See Also: https://docs.databricks.com/aws/en/machine-learning/model-serving/create-manage-serving-endpoints<br><br>https://spark.apache.org/docs/latest/api/python/reference/api/pyspark.ml.classification.LogisticRegressionModel.html |
| 12. The method of claim 1 further comprising: filtering noise from the data retrieved from the data source to provide the data strings. | **Comment:** Databricks supports filtering/cleaning "noise" from retrieved inputs to produce cleaned text/string data for downstream processing (e.g., data cleaning to remove irrelevant/noisy information in unstructured pipelines; and data quality constraints that drop invalid/noisy records).<br><br>While this data pipeline can become complex depending on the use case, the following are the key components you need to think about when first building your RAG application:<br><br>1. Corpus composition and ingestion: Select the right data sources and content based on the specific use case.<br>2. Data preprocessing: Transform raw data into a clean, consistent format suitable for embedding and retrieval.<br>   i. Parsing: Extract relevant information from the raw data using appropriate parsing techniques.<br>   ii. Enrichment: Enrich data with additional metadata and remove noise.<br>      a. Metadata extraction: Extract helpful metadata to implement faster and more efficient data retrieval.<br>      b. Deduplication: Analyze the documents to identify and eliminate duplicates or near-duplicate documents.<br>      c. Filtering: Eliminate irrelevant or unwanted documents from the collection.<br>3. Chunking: Break down the parsed data into smaller, manageable chunks for efficient retrieval.<br>4. Embedding: Convert the chunked text data into a numerical vector representation that captures its semantic meaning.<br>5. Indexing and storage: Create efficient vector indices for optimized search performance.<br><br>https://docs.databricks.com/aws/en/generative-ai/tutorials/ai-cookbook/quality-data-pipeline-rag<br><br>See Also: https://docs.databricks.com/aws/en/ldp/expectations |
| | |

| 26. A computer program product tangibly embodied in a computer readable storage device, the computer program product for estimating a probability that a future event will occur based on user input, the computer program product comprises instructions for causing a computer to: | # What is Databricks?<br><br>Databricks is a unified, open analytics platform for building, deploying, sharing, and maintaining enterprise-grade data, analytics, and AI solutions at scale. The Databricks Data Intelligence Platform integrates with cloud storage and security in your cloud account, and manages and deploys cloud infrastructure for you.<br><br><br><br>https://docs.databricks.com/aws/en/introduction/<br><br>Last updated on *Jun 10, 2025*<br><br>## MLflow for ML model lifecycle<br><br>This article describes how MLflow on Databricks is used to develop high-quality generative AI agents and machine learning models.<br><br>> ⓘ NOTE<br>> If you're just getting started with Databricks, consider trying MLflow on Databricks Free Edition.<br><br>### What is MLflow?<br><br>MLflow is an open source platform for developing models and generative AI applications. It has the following primary components:<br><br>• Tracking: Allows you to track experiments to record and compare parameters and results.<br>• Models: Allow you to manage and deploy models from various ML libraries to various model serving and inference platforms.<br>• Model Registry: Allows you to manage the model deployment process from staging to production, with model versioning and annotation capabilities.<br>• AI agent evaluation and tracing: Allows you to develop high-quality AI agents by helping you compare, evaluate, and troubleshoot agents. |

https://docs.databricks.com/aws/en/mlflow



## Predict churn and calculate lifetime value

Survival analysis is a collection of statistical methods used to examine and predict the time until an event of interest occurs. In this Solution Accelerator, learn how to use different survival analysis techniques for predicting churn and calculating lifetime value.

- Identify which factors contribute most to extending the customer lifecycle

- Predict which customers are at risk of churning

- Optimize marketing spend based on the ratio of lifetime value to cost of acquisition

Download notebook

https://www.databricks.com/solutions/accelerators/survival-analysis-for-churn-and-lifetime-value

| | |
|---|---|
| decompose a data input stream to build a database of precursor data to build at least one predictive model; | **Comment:** Databricks Feature Store transforms batch/streaming inputs into feature tables (precursor data) and stores the precursor data in those feature tables, which are used to train predictive models. |

# Databricks Feature Store

This page is an overview of capabilities available when you use Databricks Feature Store with Unity Catalog.

The Databricks Feature Store provides a central registry for features used in your AI and ML models. Feature tables and models are registered in Unity Catalog, providing built-in governance, lineage, and cross-workspace feature sharing and discovery. With Databricks, the entire model training workflow takes place on a single platform, including:

- Data pipelines that ingest raw data, create feature tables, train models, and perform batch inference.
- Model and feature serving endpoints that are available with a single click and that provide milliseconds of latency.
- Data and model monitoring.

When you use features from the feature store to train models, the model automatically tracks lineage to the features that were used in training. At inference time, the model automatically looks up the latest feature values. The feature store also provides on-demand computation of features for real-time applications. The feature store handles all of the feature computation tasks. This eliminates training/serving skew, ensuring that the feature computations used at inference are the same as those used during model training. It also significantly simplifies the client-side code, as all feature lookups and computation are handled by the feature store.

https://docs.databricks.com/aws/en/machine-learning/feature-store

32

Writes to a feature table.

If the input `DataFrame` is streaming, will create a write stream.

Parameters:
- **name** – A feature table name of the form `<database_name>.<table_name>`, for example `dev.user_features`. Raises an exception if this feature table does not exist.
- **df** – Spark `DataFrame` with feature data. Raises an exception if the schema does not match that of the feature table.
- **mode** –
  Two supported write modes:
  - `"overwrite"` updates the whole table.
  - `"merge"` will upsert the rows in `df` into the feature table. If `df` contains columns not present in the feature table, these columns will be added as new features.
- **checkpoint_location** – Sets the Structured Streaming `checkpointLocation` option. By setting a `checkpoint_location`, Spark Structured Streaming will store progress information and intermediate state, enabling recovery after failures. This parameter is only supported when the argument `df` is a streaming `DataFrame`.
- **trigger** – If `df.isStreaming`, `trigger` defines the timing of stream data processing, the dictionary will be unpacked and passed to `DataStreamWriter.trigger` as arguments. For example, `trigger={'once': True}` will result in a call to `DataStreamWriter.trigger(once=True)`.

Returns:   If `df.isStreaming`, returns a PySpark `StreamingQuery`. `None` otherwise.

https://learn.microsoft.com/en-us/azure/databricks/_extras/documents/feature-store-python-api-reference-0-12-0.pdf

See Also:

https://api-docs.databricks.com/python/feature-store/latest/feature_store.client.html
https://docs.databricks.com/aws/en/machine-learning/feature-store/workspace-feature-store/feature-tables

| | |
|---|---|
| build at least one model generated by a model building process using | **Comment:** Databricks Feature Store transforms batch/streaming inputs into feature tables that store precursor data used to train predictive models. Databricks tracks training runs and model outputs with MLflow. Spark ML logistic regression outputs a probability score for each record (a likelihood the future event will occur). |

33

the precursor data in the database, with the at least one model being a model that produces predictions of the likelihood of an event occurring in the future;

## How does feature engineering on Databricks work?

The typical machine learning workflow using feature engineering on Databricks follows this path:

1. Write code to convert raw data into features and create a Spark DataFrame containing the desired features.

2. Create a Delta table in Unity Catalog that has a primary key.

3. Train and log a model using the feature table. When you do this, the model stores the specifications of features used for training. When the model is used for inference, it automatically joins features from the appropriate feature tables.

4. Register model in Model Registry.

   You can now use the model to make predictions on new data. For batch use cases, the model automatically retrieves the features it needs from Feature Store.

5. For real-time serving use cases, publish the features to an online feature store.

6. At inference time, the model serving endpoint automatically uses the entity IDs in the request data to look up pre-computed features from the online store to score the ML model. The endpoint uses Unity Catalog to resolve lineage from the served model to the features used to train this model, and tracks lineage to the online feature store for real-time access.



https://docs.databricks.com/aws/en/mlflow/index.html

34

# Databricks Feature Store

This page is an overview of capabilities available when you use Databricks Feature Store with Unity Catalog.

The Databricks Feature Store provides a central registry for features used in your AI and ML models. Feature tables and models are registered in Unity Catalog, providing built-in governance, lineage, and cross-workspace feature sharing and discovery. With Databricks, the entire model training workflow takes place on a single platform, including:

- Data pipelines that ingest raw data, create feature tables, train models, and perform batch inference.
- Model and feature serving endpoints that are available with a single click and that provide milliseconds of latency.
- Data and model monitoring.

When you use features from the feature store to train models, the model automatically tracks lineage to the features that were used in training. At inference time, the model automatically looks up the latest feature values. The feature store also provides on-demand computation of features for real-time applications. The feature store handles all of the feature computation tasks. This eliminates training/serving skew, ensuring that the feature computations used at inference are the same as those used during model training. It also significantly simplifies the client-side code, as all feature lookups and computation are handled by the feature store.

https://docs.databricks.com/aws/en/machine-learning/feature-store

## Why Do We Evaluate Models?

Model evaluation is an integral part of the ML lifecycle. It enables data scientists to measure, interpret, and explain the performance of their models. It accelerates the model development timeframe by providing insights into how and why models are performing the way that they are performing. Especially as the complexity of ML models increases, being able to swiftly observe and understand the performance of ML models is essential in a successful ML development journey.

https://www.databricks.com/blog/2022/04/19/model-evaluation-in-mlflow.html

*Last updated on Jun 10, 2025*

## MLflow for ML model lifecycle

This article describes how MLflow on Databricks is used to develop high-quality generative AI agents and machine learning models.

> ⓘ NOTE
>
> If you're just getting started with Databricks, consider trying MLflow on Databricks Free Edition.

### What is MLflow?

MLflow is an open source platform for developing models and generative AI applications. It has the following primary components:

- Tracking: Allows you to track experiments to record and compare parameters and results.
- Models: Allow you to manage and deploy models from various ML libraries to various model serving and inference platforms.
- Model Registry: Allows you to manage the model deployment process from staging to production, with model versioning and annotation capabilities.
- AI agent evaluation and tracing: Allows you to develop high-quality AI agents by helping you compare, evaluate, and troubleshoot agents.

https://docs.databricks.com/aws/en/mlflow



## Predict churn and calculate lifetime value

Survival analysis is a collection of statistical methods used to examine and predict the time until an event of interest occurs. In this Solution Accelerator, learn how to use different survival analysis techniques for predicting churn and calculating lifetime value.

- Identify which factors contribute most to extending the customer lifecycle
- Predict which customers are at risk of churning
- Optimize marketing spend based on the ratio of lifetime value to cost of acquisition

**Download notebook**

https://www.databricks.com/solutions/accelerators/survival-analysis-for-churn-and-lifetime-value
See Also:
https://learn.microsoft.com/en-us/azure/synapse-analytics/spark/apache-spark-machine-learning-mllib-notebook
https://api-docs.databricks.com/python/feature-store/latest/feature_store.client.html

| build a statistical model of parent-child relationships from data strings in the dataset by instructions to: | **Comment:** Databricks builds statistical relationship models from datasets derived from string/text fields ("data strings"), and Databricks also supports explicitly modeling parent-child relationships (e.g., via relationship/graph representations) that can feed downstream statistical/probabilistic modeling.<br><br>When providing recommendations to shoppers on what to purchase, you are often looking for items that are frequently purchased together (e.g. peanut butter and jelly). A key technique to uncover associations between different items is known as market basket analysis. In your recommendation engine toolbox, the association rules generated by market basket analysis (e.g. if one purchases peanut butter, then they are likely to purchase jelly) is an important and useful technique.  With the rapid growth e-commerce data, it is necessary to execute models like market basket analysis on increasing larger sizes of data. That is, it will be important to have the algorithms and infrastructure necessary to generate your association rules on a distributed platform. In this blog post, we will discuss how you can quickly run your market basket analysis using Apache Spark MLlib FP-growth algorithm on Databricks.<br><br>• **Ingest your data**: Bringing in the data from your source systems; often involving ETL processes (though we will bypass this step in this demo for brevity)<br>• **Explore your data using Spark SQL**: Now that you have cleansed data, explore it so you can get some business insight<br>• **Train your ML model using FP-growth**: Execute FP-growth to execute your frequent pattern mining algorithm<br>• **Review the association rules** generated by the ML model for your recommendations |

## Train ML Model

To understand the frequency of items are associated with each other (e.g. how many times does peanut butter and jelly get purchased together), we will use association rule mining for market basket analysis. Spark MLlib implements two algorithms related to frequency pattern mining (FPM): `FP-growth` and `PrefixSpan`. The distinction is that `FP-growth` does not use order information in the itemsets, if any, while `PrefixSpan` is designed for sequential pattern mining where the itemsets are ordered. We will use `FP-growth` as the order information is not important for this use case.



> Note, we will be using the Scala API so we can configure setMinConfidence

https://www.databricks.com/blog/2018/09/18/simplify-market-basket-analysis-using-fp-growth-on-databricks.html

See Also: https://spark.apache.org/docs/latest/mllib-frequent-pattern-mining.html

### Graph Theory and Graph Processing

Graph processing is an important aspect of analysis that applies to a lot of use cases. Fundamentally, graph theory and processing are about defining relationships between different nodes and edges. Nodes or vertices are the units while edges are the relationships that are defined between those.

Some business use cases could be to look at the central people in social networks (identifying who is most popular in a group of friends), the importance of papers in bibliographic networks (determining which papers are most referenced), and ranking web pages.

https://docs.databricks.com/aws/en/integrations/graphframes/

See Also:  https://docs.databricks.com/aws/en/integrations/graphframes/user-guide-scala

| determine incidence values for the data strings | **Comment:** Databricks computes incidence/frequency for data strings using grouping and count/aggregation, and Databricks also derives frequency/incidence-style features as inputs to relationship modeling workflows. |
| --- | --- |

in the dataset;

concatenate the incident values with the data strings to provide child variables;

Last updated on *Jul 21, 2025*

# GROUP BY clause

**Applies to:** ✅ Databricks SQL  ✅ Databricks Runtime

The `GROUP BY` clause is used to group the rows based on a set of specified grouping expressions and compute aggregations on the group of rows based on one or more specified aggregate functions. Databricks SQL also supports advanced aggregations to do multiple aggregations for the same input record set via `GROUPING SETS`, `CUBE`, `ROLLUP` clauses. The grouping expressions and advanced aggregations can be mixed in the `GROUP BY` clause and nested in a `GROUPING SETS` clause.

See more details in the Mixed/Nested Grouping Analytics section.

https://docs.databricks.com/aws/en/sql/language-manual/sql-ref-syntax-qry-select-groupby

Last updated on *Jan 12, 2024*

# `count` aggregate function

**Applies to:** ✅ Databricks SQL  ✅ Databricks Runtime

Returns the number of retrieved rows in a group.

## Syntax

```
count ( [DISTINCT | ALL] * ) [FILTER ( WHERE cond ) ]
```

```
count ( [DISTINCT | ALL] expr [, ...] ) [FILTER ( WHERE cond ) ]
```

This function can also be invoked as a window function using the `OVER` clause.

## Arguments

- `*`: Counts all rows in the group.
- `expr`: Counts all rows for which all `exprN` are not `NULL`.
- `cond`: An optional boolean expression filtering the rows used for aggregation.

https://docs.databricks.com/aws/en/sql/language-manual/functions/count

See Also: https://api-docs.databricks.com/python/pyspark/latest/pyspark.sql/api/pyspark.sql.DataFrame.groupBy.html

39

Discovering frequent patterns hiding in a big dataset has application across a broad range of use cases. Retailers may be interested in finding items that are frequently purchased together from a large transaction database. Biologists may be interested in frequent DNA or amino acid sequences. In Apache Spark 1.5, we have significantly improved Spark's frequent pattern mining capabilities by adding algorithms for association rule generation and sequential pattern mining.

https://www.databricks.com/blog/2015/09/28/improved-frequent-pattern-mining-in-apache-spark-1-5-association-rules-and-sequential-patterns.html

See Also: https://spark.apache.org/docs/latest/mllib-frequent-pattern-mining.html
**Comment:** Databricks supports concat/concat_ws-style feature engineering to concatenate a data string with its incidence value (or an encoding) into a derived "child variable," and Databricks also uses such combined identifiers/weights as relationship-aware engineered features.

Last updated on **Oct 10, 2023**

# concat function

Applies to: ✅ Databricks SQL ✅ Databricks Runtime

Returns the concatenation of the arguments. This function is a synonym for `||` (pipe pipe sign) operator.

https://docs.databricks.com/aws/en/sql/language-manual/functions/concat

See Also: https://docs.databricks.com/aws/en/sql/language-manual/functions/concat_ws

Last updated on **Jan 28, 2026**

# concat

Collection function: Concatenates multiple input columns together into a single column. The function works with strings, numeric, binary and compatible array columns. Supports Spark Connect.

For the corresponding Databricks SQL function, see `concat` function.

https://docs.databricks.com/aws/en/pyspark/reference/functions/concat

40

| | |
|---|---|
| analyze the child variables and the parent variables to produce statistical relationships between the child variables and a parent variable; | **Comment:** Databricks supports statistical analysis that learns relationships among variables (e.g., association/relationship discovery) from parent variables and engineered child variables, and Databricks also supports relationship/graph pattern analysis combined with ML to quantify child-parent relationship structure.<br><br>When providing recommendations to shoppers on what to purchase, you are often looking for items that are frequently purchased together (e.g. peanut butter and jelly). A key technique to uncover associations between different items is known as market basket analysis. In your recommendation engine toolbox, the association rules generated by market basket analysis (e.g. if one purchases peanut butter, then they are likely to purchase jelly) is an important and useful technique.  With the rapid growth e-commerce data, it is necessary to execute models like market basket analysis on increasing larger sizes of data. That is, it will be important to have the algorithms and infrastructure necessary to generate your association rules on a distributed platform. In this blog post, we will discuss how you can quickly run your market basket analysis using Apache Spark MLlib FP-growth algorithm on Databricks.<br><br>• **Ingest your data**: Bringing in the data from your source systems; often involving ETL processes (though we will bypass this step in this demo for brevity)<br>• **Explore your data using Spark SQL**: Now that you have cleansed data, explore it so you can get some business insight<br>• **Train your ML model using FP-growth**: Execute FP-growth to execute your frequent pattern mining algorithm<br>• **Review the association rules** generated by the ML model for your recommendations |

41

## Train ML Model

To understand the frequency of items are associated with each other (e.g. how many times does peanut butter and jelly get purchased together), we will use association rule mining for market basket analysis. Spark MLlib implements two algorithms related to frequency pattern mining (FPM): `FP-growth` and `PrefixSpan`. The distinction is that `FP-growth` does not use order information in the itemsets, if any, while `PrefixSpan` is designed for sequential pattern mining where the itemsets are ordered. We will use `FP-growth` as the order information is not important for this use case.



> Note, we will be using the Scala API so we can configure setMinConfidence

https://www.databricks.com/blog/2018/09/18/simplify-market-basket-analysis-using-fp-growth-on-databricks.html

See Also: https://spark.apache.org/docs/latest/mllib-frequent-pattern-mining.html

### Graph Theory and Graph Processing

Graph processing is an important aspect of analysis that applies to a lot of use cases. Fundamentally, graph theory and processing are about defining relationships between different nodes and edges. Nodes or vertices are the units while edges are the relationships that are defined between those.

Some business use cases could be to look at the central people in social networks (identifying who is most popular in a group of friends), the importance of papers in bibliographic networks (determining which papers are most referenced), and ranking web pages.

https://docs.databricks.com/aws/en/integrations/graphframes/

See Also:  https://docs.databricks.com/aws/en/integrations/graphframes/user-guide-scala

| determine probabilities values based on the | **Comment:** Databricks derives probability-like values from learned parent-child relationships via FP-Growth rule confidence (likelihood of child given parent) and also supports Bayesian probability outputs tracked with MLflow (e.g., PyMC3). |
| --- | --- |

| | |
|---|---|
| determined parent child relationships; and | # Review Association Rules<br><br>In addition to `freqItemSets`, the FP-`growth` model also generates `associationRules`. For example, if a shopper purchases *peanut butter*, what is the probability (or confidence) that they will also purchase *jelly*. For more information, a good reference is Susan Li's A Gentle Introduction on Market Basket Analysis — Association Rules.<br><br>A good way to think about *association rules* is that model determines that **if** you purchased something (i.e. the *antecedent*), **then** you will purchase this other thing (i.e. the *consequent*) with the following **confidence**.<br><br>https://www.databricks.com/blog/2018/09/18/simplify-market-basket-analysis-using-fp-growth-on-databricks.html<br><br>This post is the third in a series on Bayesian inference ([1], [2] ). Here we will illustrate how to use managed MLflow on Databricks to perform and track Bayesian experiments using the Python package PyMC3. This results in systematic and reproducible experimentation ML pipelines that can be shared across data science teams due to the version control and variable tracking features. The data tracked by MLflow can either be accessed through the managed service provided through Databricks either using the UI or the API. Data scientists who are not using the managed MLflow service can use the API to access the experiments and the associated data. On Databricks, access to the data and the different models are managed through the ACL that MLflow provides. The models can then be easily productionized and deployed through a variety of frameworks.<br><br>https://www.databricks.com/blog/2021/10/18/mlflow-for-bayesian-experiment-tracking.html |
| store the at least one model in a second database that stores models, with the database being searchable to permit the at | **Comment:** Trained models are stored in **Models in Unity Catalog** (hosted Model Registry) a **second database** for models that supports **user discovery/search** (Catalog Explorer and MLflow **Search Registered Models/Model Versions** APIs), enabling users to access registered models. |

| least one model in the second database to be accessed by users. | # Manage model lifecycle in Unity Catalog |
|---|---|

⊙ **IMPORTANT**

This page documents Models in Unity Catalog, which Databricks recommends for governing and deploying models. If your workspace is not enabled for Unity Catalog, the functionality on this page is not available. Instead, see Manage model lifecycle using the Workspace Model Registry (legacy). For guidance on how to upgrade from the Workspace Model Registry to Unity Catalog, see Migrate workflows and models to Unity Catalog.

This article describes how to use Models in Unity Catalog as part of your machine learning workflow to manage the full lifecycle of ML models. Databricks provides a hosted version of MLflow Model Registry in Unity Catalog. Models in Unity Catalog extends the benefits of Unity Catalog to ML models, including centralized access control, auditing, lineage, and model discovery across workspaces. Models in Unity Catalog is compatible with the open-source MLflow Python client.

For an overview of Model Registry concepts, see MLflow for ML model lifecycle.

MLflow 3 makes significant enhancements to the MLflow Model Registry in Unity Catalog, allowing your models to directly capture data like parameters and metrics and make them available across all workspaces and experiments. The default registry URI in MLflow 3 is databricks-uc, meaning the MLflow Model Registry in Unity Catalog will be used. For more details, see Get started with MLflow 3 for models and Model Registry improvements with MLflow 3.

https://docs.databricks.com/aws/en/machine-learning/manage-model-lifecycle/

44

## What is Unity Catalog?

This article introduces Unity Catalog, a unified governance solution for data and AI assets on Databricks. It explains key concepts and gives an overview of how to use Unity Catalog to govern data.

ⓘ **NOTE**

Unity Catalog is also available as an open-source implementation. See the announcement blog and the public Unity Catalog GitHub repo.

### Overview of Unity Catalog

Unity Catalog is a centralized data catalog that provides access control, auditing, lineage, quality monitoring, and data discovery capabilities across Databricks workspaces.

Key features of Unity Catalog include:

- **Define once, secure everywhere**: Unity Catalog offers a single place to administer data access policies that apply across all workspaces in a region.
- **Standards-compliant security model**: Unity Catalog's security model is based on standard ANSI SQL and allows administrators to grant permissions in their existing data lake using familiar syntax.
- **Built-in auditing and lineage**: Unity Catalog automatically captures user-level audit logs that record access to your data. Unity Catalog also captures lineage data that tracks how data assets are created and used across all languages.
- **Data discovery**: Unity Catalog lets you tag and document data assets, and provides a search interface to help data consumers find data.
- **System tables**: Unity Catalog lets you easily access and query your account's operational data, including audit logs, billable usage, and lineage.

https://docs.databricks.com/aws/en/data-governance/unity-catalog/

See Also: https://databricks-sdk-py.readthedocs.io/en/latest/workspace/catalog/registered_models.html

https://docs.databricks.com/api/azure/workspace/modelregistry/listmodels

https://docs.databricks.com/api/workspace/modelregistry/searchmodels

| | |
|---|---|
| 27. The computer program | **Comment:** Databricks supports testing/optimizing models via hyperparameter tuning (e.g., MLlib CrossValidator / TrainValidationSplit), and logs tuning trials and evaluation metrics with MLflow. |

| product of claim 26, further comprising instructions to: test the model to optimize the model to refine accuracy level of the model. | *Last updated on **Jan 29, 2026*** <br><br> # Hyperparameter tuning <br><br> Python libraries like Optuna, Ray Tune, and Hyperopt simplify and automate hyperparameter tuning to efficiently find an optimal set of hyperparameters for machine learning models. These libraries scale across multiple computes to quickly find hyperparameters with minimal manual orchestration and configuration requirements. <br><br> ## Optuna <br><br> Optuna is a light-weight framework that makes it easy to define a dynamic search space for hyperparameter tuning and model selection. Optuna includes some of the latest optimization and machine learning algorithms. <br><br> Optuna can be easily parallelized with Joblib to scale workloads, and integrated with MLflow to track hyperparameters and metrics across trials. <br><br> To get started with Optuna, see Hyperparameter tuning with Optuna. <br><br> ## Ray Tune <br><br> Databricks Runtime ML includes Ray, an open-source framework used for parallel compute processing. Ray Tune is a hyperparameter tuning library that comes with Ray and uses Ray as a backend for distributed computing. <br><br> For details on how to run Ray on Databricks, see What is Ray on Databricks?. For examples of Ray Tune, see Ray Tune documentation. <br><br><br> https://docs.databricks.com/aws/en/machine-learning/automl-hyperparam-tuning/ <br><br> See Also: https://spark.apache.org/docs/latest/ml-tuning.html <br> https://mlflow.org/docs/latest/tracking.html | |

| 28. The computer program product of claim 26, further comprising instructions to: publish the model. | *Last updated on* **Sep 17, 2025**<br><br># Manage model lifecycle in Unity Catalog<br><br>ⓘ **IMPORTANT**<br>This page documents Models in Unity Catalog, which Databricks recommends for governing and deploying models. If your workspace is not enabled for Unity Catalog, the functionality on this page is not available. Instead, see Manage model lifecycle using the Workspace Model Registry (legacy). For guidance on how to upgrade from the Workspace Model Registry to Unity Catalog, see Migrate workflows and models to Unity Catalog.<br><br>This article describes how to use Models in Unity Catalog as part of your machine learning workflow to manage the full lifecycle of ML models. Databricks provides a hosted version of MLflow Model Registry in Unity Catalog. Models in Unity Catalog extends the benefits of Unity Catalog to ML models, including centralized access control, auditing, lineage, and model discovery across workspaces. Models in Unity Catalog is compatible with the open-source MLflow Python client.<br><br>For an overview of Model Registry concepts, see MLflow for ML model lifecycle.<br><br>MLflow 3 makes significant enhancements to the MLflow Model Registry in Unity Catalog, allowing your models to directly capture data like parameters and metrics and make them available across all workspaces and experiments. The default registry URI in MLflow 3 is `databricks-uc`, meaning the MLflow Model Registry in Unity Catalog will be used. For more details, see Get started with MLflow 3 for models and Model Registry improvements with MLflow 3.<br><br>https://docs.databricks.com/aws/en/machine-learning/manage-model-lifecycle/<br><br>See Also: https://mlflow.org/docs/latest/model-registry.html |
| 29. The computer program product of claim 26 wherein instructions to build the database comprises instructions to: | *Last updated on* **Feb 28, 2025**<br><br># Build an unstructured data pipeline for RAG<br><br>This article describes how to build an unstructured data pipeline for gen AI applications. Unstructured pipelines are particularly useful for Retrieval-Augmented Generation (RAG) applications.<br><br>Learn how to convert unstructured content like text files and PDFs into a vector index that AI agents or other retrievers can query. You also learn how to experiment and tune your pipeline to optimize chunking, indexing, and parsing data, allowing you to troubleshoot and experiment with the pipeline to achieve better results. |

| retrieve data as data strings from a data source; produce a dataset from the retrieved data strings. | ## Key components of the data pipeline<br><br>The foundation of any RAG application with unstructured data is the data pipeline. This pipeline is responsible for curating and preparing the unstructured data in a format the RAG application can use effectively.<br><br><br><br>https://docs.databricks.com/aws/en/generative-ai/tutorials/ai-cookbook/quality-data-pipeline-rag<br><br>See Also: https://docs.databricks.com/gcp/en/sql/language-manual/functions/regexp_replace |
| --- | --- |
|  |  |
|  |  |
|  |  |