Exhibit D

| US9009090 | Databricks |
|---|---|
| 1. A method comprises: | ## What is Databricks?<br><br>Databricks is a unified, open analytics platform for building, deploying, sharing, and maintaining enterprise–grade data, analytics, and AI solutions at scale. The Databricks Data Intelligence Platform integrates with cloud storage and security in your cloud account, and manages and deploys cloud infrastructure for you.<br><br><br><br>https://docs.databricks.com/aws/en/introduction/ |
| storing a plurality of models in a database, with the models of a type that produce predictions of the likelihood of an event occurring in the future, the models having permission levels that specify the access rights to control access to the models by users; | **Comment:** Databricks Models in Unity Catalog is a database of registered models (plurality) under Unity Catalog permissions that control user access to each model object. Models hosted/served on Databricks are predictive (for example, Spark ML classifiers that output probabilities for future events). |

1

# Databricks Feature Store

This page is an overview of capabilities available when you use Databricks Feature Store with Unity Catalog.

The Databricks Feature Store provides a central registry for features used in your AI and ML models. Feature tables and models are registered in Unity Catalog, providing built-in governance, lineage, and cross-workspace feature sharing and discovery. With Databricks, the entire model training workflow takes place on a single platform, including:

- Data pipelines that ingest raw data, create feature tables, train models, and perform batch inference.
- Model and feature serving endpoints that are available with a single click and that provide milliseconds of latency.
- Data and model monitoring.

When you use features from the feature store to train models, the model automatically tracks lineage to the features that were used in training. At inference time, the model automatically looks up the latest feature values. The feature store also provides on-demand computation of features for real-time applications. The feature store handles all of the feature computation tasks. This eliminates training/serving skew, ensuring that the feature computations used at inference are the same as those used during model training. It also significantly simplifies the client-side code, as all feature lookups and computation are handled by the feature store.

https://docs.databricks.com/aws/en/machine-learning/feature-store

See Also:

https://api-docs.databricks.com/python/feature-store/latest/feature_store.client.html

## Why Do We Evaluate Models?

Model evaluation is an integral part of the ML lifecycle. It enables data scientists to measure, interpret, and explain the performance of their models. It accelerates the model development timeframe by providing insights into how and why models are performing the way that they are performing. Especially as the complexity of ML models increases, being able to swiftly observe and understand the performance of ML models is essential in a successful ML development journey.

https://www.databricks.com/blog/2022/04/19/model-evaluation-in-mlflow.html

*Last updated on Jun 10, 2025*

# MLflow for ML model lifecycle

This article describes how MLflow on Databricks is used to develop high-quality generative AI agents and machine learning models.

> ⓘ **NOTE**
>
> If you're just getting started with Databricks, consider trying MLflow on Databricks Free Edition.

## What is MLflow?

MLflow is an open source platform for developing models and generative AI applications. It has the following primary components:

- Tracking: Allows you to track experiments to record and compare parameters and results.
- Models: Allow you to manage and deploy models from various ML libraries to various model serving and inference platforms.
- Model Registry: Allows you to manage the model deployment process from staging to production, with model versioning and annotation capabilities.
- AI agent evaluation and tracing: Allows you to develop high-quality AI agents by helping you compare, evaluate, and troubleshoot agents.

https://docs.databricks.com/aws/en/mlflow



# Predict churn and calculate lifetime value

Survival analysis is a collection of statistical methods used to examine and predict the time until an event of interest occurs. In this Solution Accelerator, learn how to use different survival analysis techniques for predicting churn and calculating lifetime value.

- Identify which factors contribute most to extending the customer lifecycle
- Predict which customers are at risk of churning
- Optimize marketing spend based on the ratio of lifetime value to cost of acquisition

**Download notebook**

https://www.databricks.com/solutions/accelerators/survival-analysis-for-churn-and-lifetime-value

3

# Manage model lifecycle in Unity Catalog

> ⓘ **IMPORTANT**
>
> This page documents Models in Unity Catalog, which Databricks recommends for governing and deploying models. If your workspace is not enabled for Unity Catalog, the functionality on this page is not available. Instead, see Manage model lifecycle using the Workspace Model Registry (legacy). For guidance on how to upgrade from the Workspace Model Registry to Unity Catalog, see Migrate workflows and models to Unity Catalog.

This article describes how to use Models in Unity Catalog as part of your machine learning workflow to manage the full lifecycle of ML models. Databricks provides a hosted version of MLflow Model Registry in Unity Catalog. Models in Unity Catalog extends the benefits of Unity Catalog to ML models, including centralized access control, auditing, lineage, and model discovery across workspaces. Models in Unity Catalog is compatible with the open-source MLflow Python client.

For an overview of Model Registry concepts, see MLflow for ML model lifecycle.

MLflow 3 makes significant enhancements to the MLflow Model Registry in Unity Catalog, allowing your models to directly capture data like parameters and metrics and make them available across all workspaces and experiments. The default registry URI in MLflow 3 is `databricks-uc`, meaning the MLflow Model Registry in Unity Catalog will be used. For more details, see Get started with MLflow 3 for models and Model Registry improvements with MLflow 3.

## Train and register Unity Catalog–compatible models

**Permissions required**: To create a new registered model, you need the `CREATE MODEL` and `USE SCHEMA` privileges on the enclosing schema, and `USE CATALOG` privilege on the enclosing catalog. To create new model versions under a registered model, you must be the owner of the registered model and have `USE SCHEMA` and `USE CATALOG` privileges on the schema and catalog containing the model.

If you run into authorization issues when trying to register a model, try setting the environment variable `MLFLOW_USE_DATABRICKS_SDK_MODEL_ARTIFACTS_REPO_FOR_UC` to `True`. This approach cannot be used for models shared with Delta Sharing that use default storage. See Requirements.

https://docs.databricks.com/aws/en/machine-learning/manage-model-lifecycle/

4

*Last updated on **Jan 13, 2026***

# Manage privileges in Unity Catalog

This page explains how to control access to data and other objects in Unity Catalog. To learn about how this model differs from access control in the Hive metastore, see Work with the legacy Hive metastore alongside Unity Catalog.

## Who can manage privileges?

Initially, users have no access to data in a metastore. Databricks account admins, workspace admins, and metastore admins have default privileges for managing Unity Catalog. See Admin privileges in Unity Catalog.

All securable objects in Unity Catalog have an owner. Object owners have all privileges on that object, including the ability to grant privileges to other principals. Owners can grant other users the `MANAGE` privilege on the object, which allows users to manage privileges on the object. See Manage Unity Catalog object ownership.

Privileges can be granted by any of the following:

- A metastore admin.
- A user with the `MANAGE` privilege on the object.
- The owner of the object.
- The owner of the catalog or schema that contains the object.

Account admins can also grant privileges directly on a metastore.

https://docs.databricks.com/aws/en/data-governance/unity-catalog/manage-privileges/

receiving a search query to search the database that stores the plurality of models, with the models having the permission levels that specify access rights that control access to the models in the database by users,

# What is Unity Catalog?

This article introduces Unity Catalog, a unified governance solution for data and AI assets on Databricks. It explains key concepts and gives an overview of how to use Unity Catalog to govern data.

ⓘ NOTE

Unity Catalog is also available as an open-source implementation. See the announcement blog and the public Unity Catalog GitHub repo.

## Overview of Unity Catalog

Unity Catalog is a centralized data catalog that provides access control, auditing, lineage, quality monitoring, and data discovery capabilities across Databricks workspaces.

Key features of Unity Catalog include:

- **Define once, secure everywhere**: Unity Catalog offers a single place to administer data access policies that apply across all workspaces in a region.
- **Standards-compliant security model**: Unity Catalog's security model is based on standard ANSI SQL and allows administrators to grant permissions in their existing data lake using familiar syntax.
- **Built-in auditing and lineage**: Unity Catalog automatically captures user-level audit logs that record access to your data. Unity Catalog also captures lineage data that tracks how data assets are created and used across all languages.
- **Data discovery**: Unity Catalog lets you tag and document data assets, and provides a search interface to help data consumers find data.
- **System tables**: Unity Catalog lets you easily access and query your account's operational data, including audit logs, billable usage, and lineage.

https://docs.databricks.com/aws/en/data-governance/unity-catalog/

6

## Who can manage privileges?

Initially, users have no access to data in a metastore. Databricks account admins, workspace admins, and metastore admins have default privileges for managing Unity Catalog. See Admin privileges in Unity Catalog.

All securable objects in Unity Catalog have an owner. Object owners have all privileges on that object, including the ability to grant privileges to other principals. Owners can grant other users the MANAGE privilege on the object, which allows users to manage privileges on the object. See Manage Unity Catalog object ownership.

Privileges can be granted by any of the following:

- A metastore admin.
- A user with the MANAGE privilege on the object.
- The owner of the object.
- The owner of the catalog or schema that contains the object.

Account admins can also grant privileges directly on a metastore.

## Access requests and destination configuration #

ⓘ PREVIEW
This feature is in Public Preview.

Users can request access to objects they are able to discover, typically by having the BROWSE privilege, through Catalog Explorer, search, or direct links. These requests are sent to access request destinations that object owners configure on securable objects. Destinations can include email addresses, Slack channels, Microsoft Teams channels, webhooks, or a redirect URL to your organization's approval system.

To enable access requests, you must configure destinations. Destinations are inherited by child objects. For more information, see Manage access request destinations.

https://docs.databricks.com/aws/en/data-governance/unity-catalog/manage-privileges/

## Search models

```
GET /api/2.0/mlflow/registered-models/search
```

Search for registered models based on the specified **filter**.

https://docs.databricks.com/api/workspace/modelregistry/searchmodels

See Also:

| | |
|---|---|
| | https://docs.databricks.com/aws/en/data-governance/unity-catalog/manage-privileges/privileges<br><br>https://docs.databricks.com/aws/en/machine-learning/manage-model-lifecycle/ |
| executing the search query to produce search results that are provided based on search terms included in the search query; | ## What is Unity Catalog?<br><br>This article introduces Unity Catalog, a unified governance solution for data and AI assets on Databricks. It explains key concepts and gives an overview of how to use Unity Catalog to govern data.<br><br>ⓘ NOTE<br>Unity Catalog is also available as an open-source implementation. See the announcement blog and the public Unity Catalog GitHub repo.<br><br>### Overview of Unity Catalog<br><br>Unity Catalog is a centralized data catalog that provides access control, auditing, lineage, quality monitoring, and data discovery capabilities across Databricks workspaces.<br><br>Key features of Unity Catalog include:<br><br>• **Define once, secure everywhere**: Unity Catalog offers a single place to administer data access policies that apply across all workspaces in a region.<br>• **Standards-compliant security model**: Unity Catalog's security model is based on standard ANSI SQL and allows administrators to grant permissions in their existing data lake using familiar syntax.<br>• **Built-in auditing and lineage**: Unity Catalog automatically captures user-level audit logs that record access to your data. Unity Catalog also captures lineage data that tracks how data assets are created and used across all languages.<br>• **Data discovery**: Unity Catalog lets you tag and document data assets, and provides a search interface to help data consumers find data.<br>• **System tables**: Unity Catalog lets you easily access and query your account's operational data, including audit logs, billable usage, and lineage.<br><br>https://docs.databricks.com/aws/en/data-governance/unity-catalog/ |

## List and search models

To get a list of registered models in Unity Catalog, use MLflow's search_registered_models() Python API:

Python

```
client=MlflowClient()
client.search_registered_models()
```

To search for a specific model name and get information about that model's versions, use search_model_versions():

https://docs.databricks.com/aws/en/machine-learning/manage-model-lifecycle/

## Search models

```
GET /api/2.0/mlflow/registered-models/search
```

Search for registered models based on the specified **filter**.

https://docs.databricks.com/api/workspace/modelregistry/searchmodels

9

sending by a computer system the search results to a user system;

# What is Unity Catalog?

This article introduces Unity Catalog, a unified governance solution for data and AI assets on Databricks. It explains key concepts and gives an overview of how to use Unity Catalog to govern data.

> ⓘ **NOTE**
> Unity Catalog is also available as an open-source implementation. See the announcement blog and the public Unity Catalog GitHub repo.

## Overview of Unity Catalog

Unity Catalog is a centralized data catalog that provides access control, auditing, lineage, quality monitoring, and data discovery capabilities across Databricks workspaces.

Key features of Unity Catalog include:

- **Define once, secure everywhere**: Unity Catalog offers a single place to administer data access policies that apply across all workspaces in a region.
- **Standards-compliant security model**: Unity Catalog's security model is based on standard ANSI SQL and allows administrators to grant permissions in their existing data lake using familiar syntax.
- **Built-in auditing and lineage**: Unity Catalog automatically captures user-level audit logs that record access to your data. Unity Catalog also captures lineage data that tracks how data assets are created and used across all languages.
- **Data discovery**: Unity Catalog lets you tag and document data assets, and provides a search interface to help data consumers find data.
- **System tables**: Unity Catalog lets you easily access and query your account's operational data, including audit logs, billable usage, and lineage.

https://docs.databricks.com/aws/en/data-governance/unity-catalog/

# List and search models

To get a list of registered models in Unity Catalog, use MLflow's search_registered_models() Python API:

```python
client=MlflowClient()
client.search_registered_models()
```

To search for a specific model name and get information about that model's versions, use search_model_versions():

https://docs.databricks.com/aws/en/machine-learning/manage-model-lifecycle/

## Search models

GET /api/2.0/mlflow/registered-models/search

Search for registered models based on the specified **filter**.

https://docs.databricks.com/api/workspace/modelregistry/searchmodels

receiving by the computer system a selection of a model from the search results; and

sending by a computer system a message to the user system, the message based on the access rights associated with the model, with the message including at least one option to access the model.

**Comment:** Unity Catalog enables request access workflows for all securable objects including registered models (FUNCTION objects). Users discovering models through Catalog Explorer or search can request access when permissions are insufficient, triggering access request destinations configured by model owners. Additionally, in Databricks Marketplace, consumers have an option to request/subscribe to a listing; availability is governed by permissions/provider settings.

## Overview

Databricks Marketplace gives you, as a data consumer, a secure platform for discovering data products that your organization needs to be successful. Databricks Marketplace uses Delta Sharing to provide security and control over shared data. Consumers can access public data, free sample data, and commercialized data offerings. Consumers who use a Unity Catalog-enabled Databricks workspace are not limited to accessing tabular data, but can also access volumes (non-tabular data), AI models, Databricks notebooks, and Databricks Solution Accelerators.

When you consume Marketplace data products using a Databricks workspace that is enabled for Unity Catalog, you can take advantage of the deep integration between Delta Sharing and Unity Catalog, along with Unity Catalog governance, auditing, and convenient interfaces.

## Before you begin

To browse data product listings on Databricks Marketplace, you can use either of the following:

- The Open Marketplace.
- A Databricks workspace.

To consume data products using a Databricks workspace that is enabled for Unity Catalog, you must have the following:

- A Databricks account on the Premium plan or above.

- A Databricks workspace that is enabled for Unity Catalog (of course). See Enable a workspace for Unity Catalog.

## Browse Databricks Marketplace listings

To find a data product you want, simply browse or search the data product listings in Databricks Marketplace.

> ⓘ **NOTE**
>
> As an alternative to the instructions that follow, you can search for Marketplace listings using the global search bar at the top of your Databricks workspace. See Search for workspace objects. You can also view and request free sample data on the **Add data** page. In the workspace sidebar, click **Data ingestion** and scroll down to **Free sample data from Databricks Marketplace**.

1. Go to marketplace.databricks.com or log into your Databricks workspace and click 🏢 **Marketplace**.

2. Browse or search for the data product that you want.

   Click the ▽ filter icon to filter listings by product type (dataset, solution accelerator, or ML model), provider name, category, cost (free or paid), and more.

To learn how to enable a workspace for Unity Catalog, see Get started with Unity Catalog.

- USE MARKETPLACE ASSETS privilege on the Unity Catalog metastore attached to the workspace. See Privilege types that apply only to Delta Sharing or Databricks Marketplace. This privilege is enabled for all users on all Unity Catalog metastores by default.

  If your admin has disabled this privilege, you can request that they grant it to you or that they grant you either of these:

  - CREATE CATALOG and USE PROVIDER permissions on the Unity Catalog metastore.
  - Metastore admin role.

  If you do not have any of these privileges, you can still view Marketplace listings but cannot access data products using Unity Catalog.

## Request access to data products in the Marketplace

To request access to data products, you must be logged into a Databricks workspace. Some data products are available immediately, and others require provider approval and transaction completion using provider interfaces.

### Requirements

See Before you begin. To access data products in the Marketplace, you must have at least the USE MARKETPLACE ASSETS privilege on the Unity Catalog metastore that is attached to the workspace that you are using.

## Get access to data products that are instantly available

Some data products are available instantly, requiring only that you request them and agree to terms. These are listed under the **Free and instantly available** heading on the Marketplace landing page, are identified on the listing tile as **Free**, and are identified as **Instantly available** on the listing detail page.

1. When you've found a listing you're interested in on the Marketplace landing page, click the listing to open the listing detail page.

2. Click the **Get instant access** button and accept the Databricks terms and conditions.

   Accessing Databricks Solution Accelerators works a little differently. See Get access to Databricks Solution Accelerators.

Request data products that require provider approval

Some data products require provider approval, typically because a commercial transaction is involved, or the provider might prefer to customize data products for you. These listings are identified on the listing detail page as **By request** and include a **Request access** button.

1. When you've found a listing you're interested in on the Marketplace landing page, click the listing to open the listing detail page.

2. Click the **Request access** button.

3. Enter your name, company, and a brief description of your intended use for the data product.

4. Accept the Databricks terms and conditions and click **Request access**.

5. You will be notified by email when the provider has completed their review of your request.

https://docs.databricks.com/aws/en/marketplace/get-started-consumer

One of the biggest challenges in security-conscious enterprises is **getting timely access to the right data**. Data owners often juggle a flood of requests, while data consumers wait days—or even weeks—for approvals, slowing down analysis and decision-making. With Unity Catalog's new **Request for Access** feature, you can eliminate bottlenecks by enabling self-service access requests directly from within Databricks, so the right people get the right data, faster, without sacrificing governance.

In this blog, we'll explore how admin teams can get started by setting up access request destinations, explain how users can make access requests, and provide guidance on having a distributed model for access approvals with central admin oversight.

https://www.databricks.com/blog/announcing-public-preview-request-access-unity-catalog

13

Last updated on *Jan 13, 2026*

# Manage privileges in Unity Catalog

This page explains how to control access to data and other objects in Unity Catalog. To learn about how this model differs from access control in the Hive metastore, see Work with the legacy Hive metastore alongside Unity Catalog.

## Who can manage privileges?

Initially, users have no access to data in a metastore. Databricks account admins, workspace admins, and metastore admins have default privileges for managing Unity Catalog. See Admin privileges in Unity Catalog.

All securable objects in Unity Catalog have an owner. Object owners have all privileges on that object, including the ability to grant privileges to other principals. Owners can grant other users the MANAGE privilege on the object, which allows users to manage privileges on the object. See Manage Unity Catalog object ownership.

Privileges can be granted by any of the following:

- A metastore admin.
- A user with the MANAGE privilege on the object.
- The owner of the object.
- The owner of the catalog or schema that contains the object.

Account admins can also grant privileges directly on a metastore.

https://docs.databricks.com/aws/en/data-governance/unity-catalog/manage-privileges/

See Also:

https://docs.databricks.com/aws/en/marketplace/get-started-consumer-open
https://docs.databricks.com/aws/en/data-governance/unity-catalog/manage-privileges/access-request-destinations

| | |
|---|---|
| 2. The method of claim 1 wherein the at least one option is a bid option and the method further comprises:<br><br>causing a user interface that provides a bidding interface to bid on a price for | **Comment:**  Databricks Marketplace provides a Request access UI for "by request" listings requiring provider approval (often involving a commercial transaction), including an access-request form and request-tracking UI (e.g., "My requests" / provider request management).<br><br>Intrinsic Spec support: The '090 spec discloses an access interface for non-free models with a For-Sale ASK price and a **"Make Bid"** control (FIG. 4B; col. 10:48–55), supporting that a "bid option / bidding interface" can be satisfied by a UI control that initiates the bid/request-for-paid-access workflow.<br><br>"Referring now to **FIG. 4B**, after the user clicks (selects) the search result and the user is interrupted by an **access interface 102** if the model is any other result than 'Free'. In this case, the example S&P Futures model is detailed with a reported accuracy of 60%, |

| access of the model to be send to the user system. | and a user (model builder) experience level of 20, with a 'For Sale ASK Price' of $10,000. The search based user can at this point, 'Make Bid' or 'Pay the ASK' price, 'Compare' this model to others of similar description, and 'View General Market' at large to get a sense of prices." *Col. 10:48-55* |



**What this model predicts (Click on Variable):**

S&P Futures
Prices
Other

Reported Accuracy: 60.00 %
User Level: 28 20 Models over 51% accuracy completed)

Asking Price: $10,000.00

| Make Bid | Pay Ask Price | Compare | View General Market |

FIG. 4B

**Access**

| Field name | Description |
|---|---|
| Public Marketplace | All consumers can browse and view the listing in the public Databricks Marketplace. |
| Private exchange | Only consumers who are members of a private exchange, created by you or another Marketplace admin, can browse, view, and request the listing. See Create and manage private exchanges in Databricks Marketplace.<br><br>You must select at least one private exchange from the drop-down list. |

| Field name | Description |
|---|---|
| Data assets are instantly accessible | Select this option to let consumers gain access to the shared data directly from the Marketplace, without requiring your approval (but requiring acceptance of terms of service). Choose a share from the drop-down menu. This option is typically used for sample and public datasets.<br><br>If you haven't created the share yet, click **+ Create new share** at the bottom of the drop-down menu. This opens the **Create a new share** dialog box.<br><br>If a share that you select or create here contains no data or assets, a message appears with an **Add data** button. Click it to go to Catalog Explorer, where you can add tables to the share.<br><br>For more information about creating shares and adding tables to shares, including required permissions, see Create and manage shares for Delta Sharing. |
| Consumers must request access to the listing | Select this option to require your approval before a consumer can access the shared data. Use this option if you require a business agreement before you make the data product available to consumers. You must manage the business agreement with consumers outside of Databricks Marketplace. You can initiate communications using the consumer email address.<br><br>View and handle consumer requests on the **Provider Console › Consumer requests** tab. See Manage requests for your data product in Databricks Marketplace. |

- https://docs.databricks.com/gcp/en/marketplace/get-started-provider

## Manage requests that require your approval

To manage requests that require your approval, use the **Consumer requests** tab in the **Provider console**.

**Permissions required:** Marketplace admin role. To fulfill a request, you must have the `CREATE RECIPIENT` and `USE RECIPIENT` privileges. See Unity Catalog privileges and securable objects.

To manage a new request:

1. Log into your Databricks workspace.

2. In the sidebar, click 🏠 **Marketplace**.

3. On the upper-right corner of the Marketplace page, click **Provider console**.

4. The most recent new requests are listed on the **Overview** tab. To see all requests, go to the **Consumer requests** tab.

   **New requests** are listed before **All other requests**, which includes those that are fulfilled, pending, or denied.

   **Client type** can be **Databricks** (Databricks-to-Databricks sharing) or **Open client** (Databricks-to-external-platform using a credential file).

5. Click the **Review** button on the request row.

6. Review the requester details.

7. Select an action:

   ○ **Mark as pending** if your communications with the consumer are still ongoing and any required commercial transactions are incomplete.

   ○ **Fulfill** if your communication with the consumer and all transactions are complete and you are ready to share the data product. You must **Select a share**, and that share must already be created. See Create and manage shares for Delta Sharing. When you add a share and mark the request fulfilled:
      ▪ If the consumer is on a Unity Catalog–enabled Databricks workspace, they gain access to that share as a catalog in their Databricks workspace in near-real time.
      ▪ If the consumer is not on a Unity Catalog–enabled Databricks workspace, a credential file is generated and made available for them to download. See Access data products in Databricks Marketplace using external platforms.

   ○ **Deny** if you will not share a data product with the consumer. Optionally, you can select a **Reason for denial**. Select **Other** to enter a free-form reason.

8. Click **Update request**.

https://docs.databricks.com/gcp/en/marketplace/manage-requests-provider

## Request data products that require provider approval

Some data products require provider approval, typically because a commercial transaction is involved or the provider prefers to customize data products for you. These listings are identified on the listing detail page as **By request** and include a **Request access** button.

1. When you've found a listing you're interested in on the Marketplace landing page, click the listing to open the listing detail page.

2. Click the **Request access** button.

3. Enter your name, company, and a brief description of your intended use for the data product.

4. Click **More options** and select **On external platforms**.

5. Accept the Databricks terms and conditions and click **Request access**.

6. You will be notified by email when the provider has completed their review of your request.

   You can also monitor the progress of your request on the My Requests page in Marketplace. See Manage shared Databricks Marketplace data products. However, any transactions that follow will use provider communications and payment platforms. No commercial transactions are handled directly on Databricks Marketplace.

7. When your transaction is complete, you will receive a notification email from the data provider, and the listing will display a **Download credential file** button. Click this button to download the credential file, which you and your team can use to gain access to shared data using third-party data platforms and non-Unity Catalog Databricks workspaces.

   You can also find the listing in Marketplace under **My requests**. When the credential is ready for download, the data product appears on the **Installed data products** tab.

https://docs.databricks.com/aws/en/marketplace/get-started-consumer-open

18

## User requesting access from catalog explorer:



User requesting access from a dashboard panel:



User requesting access from a dashboard panel:

https://www.databricks.com/blog/announcing-public-preview-request-access-unity-catalog

| 3. The method of claim 1 further comprising: rendering a user interface that provides a listing of models in response to the search query, with the listing including a model type, | **Comment:** Databricks provides listings of registered models and Marketplace offerings that include description and permissions, enabling a user to view model information (e.g., description/type) and whether access is available or must be requested. |
|---|---|

a text field that contains a summary of a model description, and at least one access rights level.

## View and manage models in the UI

**Permissions required**: To view a registered model and its model versions in the UI, you need `EXECUTE` privilege on the registered model, plus `USE SCHEMA` and `USE CATALOG` privileges on the schema and catalog containing the model

You can view and manage registered models and model versions in Unity Catalog using Catalog Explorer.

## View model information

To view models in Catalog Explorer:

1. Click ⚒ **Catalog** in the sidebar.

2. Select a compute resource from the drop-down list at the top right.

3. In the Catalog Explorer tree at the left, open a catalog and select a schema.

4. If the schema contains any models, they appear in the tree under **Models**, as shown.



5. Click a model to see more information. The model details page shows a list of model versions with additional information.



https://docs.databricks.com/aws/en/machine-learning/manage-model-lifecycle/

21

| | |
|---|---|
| | See Also:<br><br>https://docs.databricks.com/aws/en/data-governance/unity-catalog/manage-privileges/<br><br>https://docs.databricks.com/aws/en/marketplace/get-started-consumer |
| 11. A computer program product tangibly embodied on a computer readable storage device for accessing models, the computer program product comprises instructions for causing a computer to: | ## What is Databricks?<br><br>Databricks is a unified, open analytics platform for building, deploying, sharing, and maintaining enterprise-grade data, analytics, and AI solutions at scale. The Databricks Data Intelligence Platform integrates with cloud storage and security in your cloud account, and manages and deploys cloud infrastructure for you.<br><br><br><br>https://docs.databricks.com/aws/en/introduction/ |
| search a database that stores a plurality of models with the models having permission levels that specify access rights that control access to the models in the | **Comment:** Databricks provides listings of registered models and Marketplace offerings that include description and permissions, enabling a user to view model information (e.g., description/type) and whether access is available or must be requested. |

database by users, search performed in response to a user query, with search results provided based on search terms included in the user query;

send search results to a user system

receive a selection of a model from the results; and

## View and manage models in the UI

**Permissions required**: To view a registered model and its model versions in the UI, you need `EXECUTE` privilege on the registered model, plus `USE SCHEMA` and `USE CATALOG` privileges on the schema and catalog containing the model

You can view and manage registered models and model versions in Unity Catalog using Catalog Explorer.

### View model information

To view models in Catalog Explorer:

1. Click ⛁ **Catalog** in the sidebar.

2. Select a compute resource from the drop-down list at the top right.

3. In the Catalog Explorer tree at the left, open a catalog and select a schema.

4. If the schema contains any models, they appear in the tree under **Models**, as shown.



5. Click a model to see more information. The model details page shows a list of model versions with additional information.

https://docs.databricks.com/aws/en/machine-learning/manage-model-lifecycle/

## Overview

Databricks Marketplace gives you, as a data consumer, a secure platform for discovering data products that your organization needs to be successful. Databricks Marketplace uses Delta Sharing to provide security and control over shared data. Consumers can access public data, free sample data, and commercialized data offerings. Consumers who use a Unity Catalog–enabled Databricks workspace are not limited to accessing tabular data, but can also access volumes (non-tabular data), AI models, Databricks notebooks, and Databricks Solution Accelerators.

When you consume Marketplace data products using a Databricks workspace that is enabled for Unity Catalog, you can take advantage of the deep integration between Delta Sharing and Unity Catalog, along with Unity Catalog governance, auditing, and convenient interfaces.

## Before you begin

To browse data product listings on Databricks Marketplace, you can use either of the following:

- The Open Marketplace.
- A Databricks workspace.

To consume data products using a Databricks workspace that is enabled for Unity Catalog, you must have the following:

- A Databricks account on the Premium plan or above.

- A Databricks workspace that is enabled for Unity Catalog (of course). See Enable a workspace for Unity Catalog.

## Browse Databricks Marketplace listings

To find a data product you want, simply browse or search the data product listings in Databricks Marketplace.

> ⓘ **NOTE**
>
> As an alternative to the instructions that follow, you can search for Marketplace listings using the global search bar at the top of your Databricks workspace. See Search for workspace objects. You can also view and request free sample data on the **Add data** page. In the workspace sidebar, click **Data ingestion** and scroll down to **Free sample data from Databricks Marketplace**.

1. Go to marketplace.databricks.com or log into your Databricks workspace and click  **Marketplace**.

2. Browse or search for the data product that you want.

   Click the ▽ filter icon to filter listings by product type (dataset, solution accelerator, or ML model), provider name, category, cost (free or paid), and more.

To learn how to enable a workspace for Unity Catalog, see Get started with Unity Catalog.

- USE MARKETPLACE ASSETS privilege on the Unity Catalog metastore attached to the workspace. See Privilege types that apply only to Delta Sharing or Databricks Marketplace. This privilege is enabled for all users on all Unity Catalog metastores by default.

If your admin has disabled this privilege, you can request that they grant it to you or that they grant you either of these:

- CREATE CATALOG and USE PROVIDER permissions on the Unity Catalog metastore.
- Metastore admin role.

If you do not have any of these privileges, you can still view Marketplace listings but cannot access data products using Unity Catalog.

# Request access to data products in the Marketplace

To request access to data products, you must be logged into a Databricks workspace. Some data products are available immediately, and others require provider approval and transaction completion using provider interfaces.

## Requirements

See Before you begin. To access data products in the Marketplace, you must have at least the USE MARKETPLACE ASSETS privilege on the Unity Catalog metastore that is attached to the workspace that you are using.

## Get access to data products that are instantly available

Some data products are available instantly, requiring only that you request them and agree to terms. These are listed under the **Free and instantly available** heading on the Marketplace landing page, are identified on the listing tile as **Free**, and are identified as **Instantly available** on the listing detail page.

1. When you've found a listing you're interested in on the Marketplace landing page, click the listing to open the listing detail page.

2. Click the **Get instant access** button and accept the Databricks terms and conditions.

   Accessing Databricks Solution Accelerators works a little differently. See Get access to Databricks Solution Accelerators.

## Request data products that require provider approval

Some data products require provider approval, typically because a commercial transaction is involved, or the provider might prefer to customize data products for you. These listings are identified on the listing detail page as **By request** and include a **Request access** button.

1. When you've found a listing you're interested in on the Marketplace landing page, click the listing to open the listing detail page.

2. Click the **Request access** button.

3. Enter your name, company, and a brief description of your intended use for the data product.

4. Accept the Databricks terms and conditions and click **Request access**.

5. You will be notified by email when the provider has completed their review of your request.

https://docs.databricks.com/aws/en/marketplace/get-started-consumer

See Also:

https://docs.databricks.com/aws/en/data-governance/unity-catalog/manage-privileges/

|  | https://docs.databricks.com/aws/en/marketplace/get-started-consumer |
|---|---|
| send a message to the user, the message based on the access rights associated with the model, with the message including at least one option to access the model; and | <br><br>https://www.databricks.com/blog/announcing-public-preview-request-access-unity-catalog |

Last updated on **Jan 20, 2026**

# Manage access request destinations

> ⓘ **PREVIEW**
> This feature is in Public Preview.

This page explains how to configure access request destinations for securable objects in Unity Catalog. These destinations determine where access requests are sent when users request access to data objects.

## What are access request destinations?

When users request access to an object in Unity Catalog (such as a table or view), the request is sent to one or more configured destinations. Destinations can be any of the following:

- Email addresses

- Slack channels

- Microsoft Teams channels

- Webhook endpoints

- A redirect URL (to your organization's external access request system)

  Only one redirect URL can be configured per object. If a URL is set, no other destinations can be set and users are redirected to that URL instead of seeing the in-product request form.

https://docs.databricks.com/aws/en/data-governance/unity-catalog/manage-privileges/access-request-destinations

27

## Request data products that require provider approval

Some data products require provider approval, typically because a commercial transaction is involved or the provider prefers to customize data products for you. These listings are identified on the listing detail page as **By request** and include a **Request access** button.

1. When you've found a listing you're interested in on the Marketplace landing page, click the listing to open the listing detail page.

2. Click the **Request access** button.

3. Enter your name, company, and a brief description of your intended use for the data product.

4. Click **More options** and select **On external platforms**.

5. Accept the Databricks terms and conditions and click **Request access**.

6. You will be notified by email when the provider has completed their review of your request.

You can also monitor the progress of your request on the My Requests page in Marketplace. See Manage shared Databricks Marketplace data products. However, any transactions that follow will use provider communications and payment platforms. No commercial transactions are handled directly on Databricks Marketplace.

7. When your transaction is complete, you will receive a notification email from the data provider, and the listing will display a **Download credential file** button. Click this button to download the credential file, which you and your team can use to gain access to shared data using third-party data platforms and non-Unity Catalog Databricks workspaces.

You can also find the listing in Marketplace under **My requests**. When the credential is ready for download, the data product appears on the **Installed data products** tab.

https://docs.databricks.com/aws/en/marketplace/get-started-consumer-open

| cause a user interface to be sent to the user system, which when rendered on a user device, provides a bidding interface to bid on a price for access to the model. | **Comment:** Databricks Marketplace provides a Request access UI for "by request" listings requiring provider approval (often involving a commercial transaction), including an access-request form and request-tracking UI (e.g., "My requests" / provider request management). <br><br> Intrinsic Spec support: The '090 spec discloses an access interface for non-free models with a For-Sale ASK price and a "Make Bid" control (FIG. 4B; col. 10:48–55), supporting that a "bid option / bidding interface" can be satisfied by a UI control that initiates the bid/request-for-paid-access workflow. <br><br> "Referring now to **FIG. 4B**, after the user clicks (selects) the search result and the user is interrupted by an **access interface 102** if the model is any other result than 'Free'. In this case, the example S&P Futures model is detailed with a reported accuracy of 60%, |

and a user (model builder) experience level of 20, with a 'For Sale ASK Price' of $10,000. The search based user can at this point, 'Make Bid' or 'Pay the ASK' price, 'Compare' this model to others of similar description, and 'View General Market' at large to get a sense of prices." *Col. 10:48-55*



**FIG. 4B**

**Access**

| Field name | Description |
|---|---|
| Public Marketplace | All consumers can browse and view the listing in the public Databricks Marketplace. |
| Private exchange | Only consumers who are members of a private exchange, created by you or another Marketplace admin, can browse, view, and request the listing. See Create and manage private exchanges in Databricks Marketplace.<br><br>You must select at least one private exchange from the drop-down list. |

| Field name | Description |
|---|---|
| Data assets are instantly accessible | Select this option to let consumers gain access to the shared data directly from the Marketplace, without requiring your approval (but requiring acceptance of terms of service). Choose a share from the drop-down menu. This option is typically used for sample and public datasets.<br><br>If you haven't created the share yet, click **+ Create new share** at the bottom of the drop-down menu. This opens the **Create a new share** dialog box.<br><br>If a share that you select or create here contains no data or assets, a message appears with an **Add data** button. Click it to go to Catalog Explorer, where you can add tables to the share.<br><br>For more information about creating shares and adding tables to shares, including required permissions, see Create and manage shares for Delta Sharing. |
| Consumers must request access to the listing | Select this option to require your approval before a consumer can access the shared data. Use this option if you require a business agreement before you make the data product available to consumers. You must manage the business agreement with consumers outside of Databricks Marketplace. You can initiate communications using the consumer email address.<br><br>View and handle consumer requests on the **Provider Console > Consumer requests** tab. See Manage requests for your data product in Databricks Marketplace. |

- https://docs.databricks.com/gcp/en/marketplace/get-started-provider

## Manage requests that require your approval

To manage requests that require your approval, use the **Consumer requests** tab in the **Provider console**.

**Permissions required:** Marketplace admin role. To fulfill a request, you must have the `CREATE RECIPIENT` and `USE RECIPIENT` privileges. See Unity Catalog privileges and securable objects.

To manage a new request:

1. Log into your Databricks workspace.

2. In the sidebar, click 🏪 **Marketplace**.

3. On the upper-right corner of the Marketplace page, click **Provider console**.

4. The most recent new requests are listed on the **Overview** tab. To see all requests, go to the **Consumer requests** tab.

   **New requests** are listed before **All other requests**, which includes those that are fulfilled, pending, or denied.

   **Client type** can be **Databricks** (Databricks-to-Databricks sharing) or **Open client** (Databricks-to-external-platform using a credential file).

5. Click the **Review** button on the request row.

6. Review the requester details.

7. Select an action:

   - **Mark as pending** if your communications with the consumer are still ongoing and any required commercial transactions are incomplete.
   - **Fulfill** if your communication with the consumer and all transactions are complete and you are ready to share the data product. You must **Select a share**, and that share must already be created. See Create and manage shares for Delta Sharing. When you add a share and mark the request fulfilled:
     - If the consumer is on a Unity Catalog-enabled Databricks workspace, they gain access to that share as a catalog in their Databricks workspace in near-real time.
     - If the consumer is not on a Unity Catalog-enabled Databricks workspace, a credential file is generated and made available for them to download. See Access data products in Databricks Marketplace using external platforms.
   - **Deny** if you will not share a data product with the consumer. Optionally, you can select a **Reason for denial**. Select **Other** to enter a free-form reason.

8. Click **Update request**.

https://docs.databricks.com/gcp/en/marketplace/manage-requests-provider

## Request data products that require provider approval

Some data products require provider approval, typically because a commercial transaction is involved or the provider prefers to customize data products for you. These listings are identified on the listing detail page as **By request** and include a **Request access** button.

1. When you've found a listing you're interested in on the Marketplace landing page, click the listing to open the listing detail page.

2. Click the **Request access** button.

3. Enter your name, company, and a brief description of your intended use for the data product.

4. Click **More options** and select **On external platforms**.

5. Accept the Databricks terms and conditions and click **Request access**.

6. You will be notified by email when the provider has completed their review of your request.

   You can also monitor the progress of your request on the My Requests page in Marketplace. See Manage shared Databricks Marketplace data products. However, any transactions that follow will use provider communications and payment platforms. No commercial transactions are handled directly on Databricks Marketplace.

7. When your transaction is complete, you will receive a notification email from the data provider, and the listing will display a **Download credential file** button. Click this button to download the credential file, which you and your team can use to gain access to shared data using third-party data platforms and non–Unity Catalog Databricks workspaces.

   You can also find the listing in Marketplace under **My requests**. When the credential is ready for download, the data product appears on the **Installed data products** tab.

https://docs.databricks.com/aws/en/marketplace/get-started-consumer-open

User requesting access from catalog explorer:



User requesting access from a dashboard panel:

User requesting access from a dashboard panel:



https://www.databricks.com/blog/announcing-public-preview-request-access-unity-catalog

15. The computer program product of claim 11, further comprising instructions to:

store the models in the database, with the models of a type that produce predictions of the likelihood of an event occurring in the future, the models having the permission levels that specify the access rights to control access to the models by users.

# Databricks Feature Store

This page is an overview of capabilities available when you use Databricks Feature Store with Unity Catalog.

The Databricks Feature Store provides a central registry for features used in your AI and ML models. Feature tables and models are registered in Unity Catalog, providing built-in governance, lineage, and cross-workspace feature sharing and discovery. With Databricks, the entire model training workflow takes place on a single platform, including:

• Data pipelines that ingest raw data, create feature tables, train models, and perform batch inference.

• Model and feature serving endpoints that are available with a single click and that provide milliseconds of latency.

• Data and model monitoring.

When you use features from the feature store to train models, the model automatically tracks lineage to the features that were used in training. At inference time, the model automatically looks up the latest feature values. The feature store also provides on-demand computation of features for real-time applications. The feature store handles all of the feature computation tasks. This eliminates training/serving skew, ensuring that the feature computations used at inference are the same as those used during model training. It also significantly simplifies the client-side code, as all feature lookups and computation are handled by the feature store.

https://docs.databricks.com/aws/en/machine-learning/feature-store

See Also:

https://api-docs.databricks.com/python/feature-store/latest/feature_store.client.html

Last updated on Jun 10, 2025

## MLflow for ML model lifecycle

This article describes how MLflow on Databricks is used to develop high-quality generative AI agents and machine learning models.

> ⓘ NOTE
> If you're just getting started with Databricks, consider trying MLflow on Databricks Free Edition.

### What is MLflow?

MLflow is an open source platform for developing models and generative AI applications. It has the following primary components:

• Tracking: Allows you to track experiments to record and compare parameters and results.

• Models: Allow you to manage and deploy models from various ML libraries to various model serving and inference platforms.

• Model Registry: Allows you to manage the model deployment process from staging to production, with model versioning and annotation capabilities.

• AI agent evaluation and tracing: Allows you to develop high-quality AI agents by helping you compare, evaluate, and troubleshoot agents.

35

https://docs.databricks.com/aws/en/mlflow



## Predict churn and calculate lifetime value

Survival analysis is a collection of statistical methods used to examine and predict the time until an event of interest occurs. In this Solution Accelerator, learn how to use different survival analysis techniques for predicting churn and calculating lifetime value.

- Identify which factors contribute most to extending the customer lifecycle
- Predict which customers are at risk of churning
- Optimize marketing spend based on the ratio of lifetime value to cost of acquisition

[Download notebook]

https://www.databricks.com/solutions/accelerators/survival-analysis-for-churn-and-lifetime-value

# Manage model lifecycle in Unity Catalog

> ⚠ **IMPORTANT**
>
> This page documents Models in Unity Catalog, which Databricks recommends for governing and deploying models. If your workspace is not enabled for Unity Catalog, the functionality on this page is not available. Instead, see Manage model lifecycle using the Workspace Model Registry (legacy). For guidance on how to upgrade from the Workspace Model Registry to Unity Catalog, see Migrate workflows and models to Unity Catalog.
>
> This article describes how to use Models in Unity Catalog as part of your machine learning workflow to manage the full lifecycle of ML models. Databricks provides a hosted version of MLflow Model Registry in Unity Catalog. Models in Unity Catalog extends the benefits of Unity Catalog to ML models, including centralized access control, auditing, lineage, and model discovery across workspaces. Models in Unity Catalog is compatible with the open-source MLflow Python client.

For an overview of Model Registry concepts, see MLflow for ML model lifecycle.

MLflow 3 makes significant enhancements to the MLflow Model Registry in Unity Catalog, allowing your models to directly capture data like parameters and metrics and make them available across all workspaces and experiments. The default registry URI in MLflow 3 is databricks-uc, meaning the MLflow Model Registry in Unity Catalog will be used. For more details, see Get started with MLflow 3 for models and Model Registry improvements with MLflow 3.

## Train and register Unity Catalog–compatible models

**Permissions required**: To create a new registered model, you need the CREATE MODEL and USE SCHEMA privileges on the enclosing schema, and USE CATALOG privilege on the enclosing catalog. To create new model versions under a registered model, you must be the owner of the registered model and have USE SCHEMA and USE CATALOG privileges on the schema and catalog containing the model.

If you run into authorization issues when trying to register a model, try setting the environment variable MLFLOW_USE_DATABRICKS_SDK_MODEL_ARTIFACTS_REPO_FOR_UC to True. This approach cannot be used for models shared with Delta Sharing that use default storage. See Requirements.

https://docs.databricks.com/aws/en/machine-learning/manage-model-lifecycle/

Last updated on *Jan 13, 2026*

## Manage privileges in Unity Catalog

This page explains how to control access to data and other objects in Unity Catalog. To learn about how this model differs from access control in the Hive metastore, see Work with the legacy Hive metastore alongside Unity Catalog.

### Who can manage privileges?

Initially, users have no access to data in a metastore. Databricks account admins, workspace admins, and metastore admins have default privileges for managing Unity Catalog. See Admin privileges in Unity Catalog.

All securable objects in Unity Catalog have an owner. Object owners have all privileges on that object, including the ability to grant privileges to other principals. Owners can grant other users the MANAGE privilege on the object, which allows users to manage privileges on the object. See Manage Unity Catalog object ownership.

Privileges can be granted by any of the following:

- A metastore admin.
- A user with the MANAGE privilege on the object.
- The owner of the object.
- The owner of the catalog or schema that contains the object.

Account admins can also grant privileges directly on a metastore.

https://docs.databricks.com/aws/en/data-governance/unity-catalog/manage-privileges/

| 16. The computer program product of claim 11, further comprising instructions to: | **Comment:** Databricks supports receiving a user query that executes a selected model to produce predictive scenarios and statistical predictions (model outputs): Databricks Model Serving allows users to query a serving endpoint which executes the selected model on provided inputs and returns the model's output in the response (wrapped in a predictions key), thereby generating an interface that renders data including the statistical prediction results from execution of the selected model. |
| --- | --- |

| | |
|---|---|
| receive a user query that executes the selected model to determine predictive scenarios available from the selected model; and generate an interface that renders data that includes statistical predictions from execution of the selected model. | # Query serving endpoints for custom models<br><br>In this article, learn how to format scoring requests for your served model, and how to send those requests to the model serving endpoint. The guidance is relevant to serving custom models, which Databricks defines as traditional ML models or customized Python models packaged in the MLflow format. Register the models in Unity Catalog or in the workspace model registry. Examples include scikit-learn, XGBoost, PyTorch, and Hugging Face transformer models. See Deploy models using Mosaic AI Model Serving for more information about this functionality and supported model categories.<br><br>The response from the endpoint contains the output from your model, serialized with JSON, wrapped in a `predictions` key.<br><br>JSON<br><br>```json<br>{<br>  "predictions": [0, 1, 1, 1, 0]<br>}<br>```<br><br>https://docs.databricks.com/aws/en/machine-learning/model-serving/score-custom-model-endpoints<br><br>**predict**(value)  Predict label for the given features.<br><br>**predictProbability**(value)  Predict the probability of each class given the features.<br><br>**predictRaw**(value)  Raw prediction for each possible label.<br><br>https://api-docs.databricks.com/python/pyspark/latest/api/pyspark.ml.classification.LogisticRegressionModel.html |
| 17. The computer program product of claim 11, further comprising instructions to: | **Comment:** Databricks dashboards provide a slider bar (Range slider filter) that allows a user to change parameters, and a date picker filter that focuses widgets on a single day, enabling the user to change parameters of an inference or prediction for a particular day. |

generate an interface that renders data that includes statistical predictions from execution of the selected model and a slider bar that allows the user to change parameters of an inference or prediction for a particular day.

## Range slider

A range slider allows dashboard viewers to select a numeric range as a filter. When they use the slider to adjust the values, any visualizations associated with that dataset automatically update.



**Configuration details**:

- Filter type: **Range slider**
- Title: **Balance**
- Fields: **customers.c_acctbal**



### Date range picker

A date range filter allows dashboard viewers to quickly select a date range, such as the last 24 hours or the last two weeks.

Alternatively, you can select a custom date range by typing in a date or choosing a start point and end point from the calendar.

**Configuration details:**

- Filter type: **Date range picker**
- Title: **Date range**
- Fields: **customers and orders.o_orderdate**

https://docs.databricks.com/aws/en/dashboards/filter-types

See Also:
https://docs.databricks.com/aws/en/dashboards/filters
https://docs.databricks.com/aws/en/dashboards/parameters

| 18. The computer program product of claim 11, further comprising instructions to: render a user interface that provides a listing of models in response to a search query, with the listing including a model type, a field that | **Comment:** Databricks provides listings of registered models and Marketplace offerings that include description and permissions, enabling a user to view model information (e.g., description/type) and whether access is available or must be requested. |
|---|---|

specifics a text description of the model, and at least one access right level.

## View and manage models in the UI

**Permissions required**: To view a registered model and its model versions in the UI, you need `EXECUTE` privilege on the registered model, plus `USE SCHEMA` and `USE CATALOG` privileges on the schema and catalog containing the model

You can view and manage registered models and model versions in Unity Catalog using Catalog Explorer.

### View model information

To view models in Catalog Explorer:

1. Click ⬦ **Catalog** in the sidebar.

2. Select a compute resource from the drop-down list at the top right.

3. In the Catalog Explorer tree at the left, open a catalog and select a schema.

4. If the schema contains any models, they appear in the tree under **Models**, as shown.



5. Click a model to see more information. The model details page shows a list of model versions with additional information.



https://docs.databricks.com/aws/en/machine-learning/manage-model-lifecycle/

| | See Also: |
| --- | --- |
| | https://docs.databricks.com/aws/en/data-governance/unity-catalog/manage-privileges/ |
| | https://docs.databricks.com/aws/en/marketplace/get-started-consumer |
| 19. A system comprises: one or more computer systems each computer system including a processor and memory and executing a computer program product tangibly embodied on computer readable storage device, the computer program product comprises instructions for configuring the system to: | ## What is Databricks? Databricks is a unified, open analytics platform for building, deploying, sharing, and maintaining enterprise-grade data, analytics, and AI solutions at scale. The Databricks Data Intelligence Platform integrates with cloud storage and security in your cloud account, and manages and deploys cloud infrastructure for you.  https://docs.databricks.com/aws/en/introduction/ |
| store a plurality of models in a database, with the models of a type that produce predictions of the likelihood of an event occurring in the future, the models having | **Comment:** Databricks Models in Unity Catalog is a database of registered models (plurality) under Unity Catalog permissions that control user access to each model object. Models hosted/served on Databricks are predictive (for example, Spark ML classifiers that output probabilities for future events). |

permission levels that specify the access rights to control access to the models by users;

# Databricks Feature Store

This page is an overview of capabilities available when you use Databricks Feature Store with Unity Catalog.

The Databricks Feature Store provides a central registry for features used in your AI and ML models. Feature tables and models are registered in Unity Catalog, providing built-in governance, lineage, and cross-workspace feature sharing and discovery. With Databricks, the entire model training workflow takes place on a single platform, including:

- Data pipelines that ingest raw data, create feature tables, train models, and perform batch inference.
- Model and feature serving endpoints that are available with a single click and that provide milliseconds of latency.
- Data and model monitoring.

When you use features from the feature store to train models, the model automatically tracks lineage to the features that were used in training. At inference time, the model automatically looks up the latest feature values. The feature store also provides on-demand computation of features for real-time applications. The feature store handles all of the feature computation tasks. This eliminates training/serving skew, ensuring that the feature computations used at inference are the same as those used during model training. It also significantly simplifies the client-side code, as all feature lookups and computation are handled by the feature store.

https://docs.databricks.com/aws/en/machine-learning/feature-store

See Also:

https://api-docs.databricks.com/python/feature-store/latest/feature_store.client.html

## Why Do We Evaluate Models?

Model evaluation is an integral part of the ML lifecycle. It enables data scientists to measure, interpret, and explain the performance of their models. It accelerates the model development timeframe by providing insights into how and why models are performing the way that they are performing. Especially as the complexity of ML models increases, being able to swiftly observe and understand the performance of ML models is essential in a successful ML development journey.

https://www.databricks.com/blog/2022/04/19/model-evaluation-in-mlflow.html

*Last updated on **Jun 10, 2025***

# MLflow for ML model lifecycle

This article describes how MLflow on Databricks is used to develop high-quality generative AI agents and machine learning models.

> ⓘ **NOTE**
>
> If you're just getting started with Databricks, consider trying MLflow on Databricks Free Edition.

## What is MLflow?

MLflow is an open source platform for developing models and generative AI applications. It has the following primary components:

- Tracking: Allows you to track experiments to record and compare parameters and results.
- Models: Allow you to manage and deploy models from various ML libraries to various model serving and inference platforms.
- Model Registry: Allows you to manage the model deployment process from staging to production, with model versioning and annotation capabilities.
- AI agent evaluation and tracing: Allows you to develop high-quality AI agents by helping you compare, evaluate, and troubleshoot agents.

https://docs.databricks.com/aws/en/mlflow



# Predict churn and calculate lifetime value

Survival analysis is a collection of statistical methods used to examine and predict the time until an event of interest occurs. In this Solution Accelerator, learn how to use different survival analysis techniques for predicting churn and calculating lifetime value.

- Identify which factors contribute most to extending the customer lifecycle
- Predict which customers are at risk of churning
- Optimize marketing spend based on the ratio of lifetime value to cost of acquisition

**Download notebook**

https://www.databricks.com/solutions/accelerators/survival-analysis-for-churn-and-lifetime-value

44

# Manage model lifecycle in Unity Catalog

> ⓘ **IMPORTANT**
>
> This page documents Models in Unity Catalog, which Databricks recommends for governing and deploying models. If your workspace is not enabled for Unity Catalog, the functionality on this page is not available. Instead, see Manage model lifecycle using the Workspace Model Registry (legacy). For guidance on how to upgrade from the Workspace Model Registry to Unity Catalog, see Migrate workflows and models to Unity Catalog.

This article describes how to use Models in Unity Catalog as part of your machine learning workflow to manage the full lifecycle of ML models. Databricks provides a hosted version of MLflow Model Registry in Unity Catalog. Models in Unity Catalog extends the benefits of Unity Catalog to ML models, including centralized access control, auditing, lineage, and model discovery across workspaces. Models in Unity Catalog is compatible with the open-source MLflow Python client.

For an overview of Model Registry concepts, see MLflow for ML model lifecycle.

MLflow 3 makes significant enhancements to the MLflow Model Registry in Unity Catalog, allowing your models to directly capture data like parameters and metrics and make them available across all workspaces and experiments. The default registry URI in MLflow 3 is `databricks-uc`, meaning the MLflow Model Registry in Unity Catalog will be used. For more details, see Get started with MLflow 3 for models and Model Registry improvements with MLflow 3.

## Train and register Unity Catalog–compatible models

**Permissions required**: To create a new registered model, you need the `CREATE MODEL` and `USE SCHEMA` privileges on the enclosing schema, and `USE CATALOG` privilege on the enclosing catalog. To create new model versions under a registered model, you must be the owner of the registered model and have `USE SCHEMA` and `USE CATALOG` privileges on the schema and catalog containing the model.

If you run into authorization issues when trying to register a model, try setting the environment variable `MLFLOW_USE_DATABRICKS_SDK_MODEL_ARTIFACTS_REPO_FOR_UC` to `True`. This approach cannot be used for models shared with Delta Sharing that use default storage. See Requirements.

https://docs.databricks.com/aws/en/machine-learning/manage-model-lifecycle/

*Last updated on Jan 13, 2026*

# Manage privileges in Unity Catalog

This page explains how to control access to data and other objects in Unity Catalog. To learn about how this model differs from access control in the Hive metastore, see Work with the legacy Hive metastore alongside Unity Catalog.

## Who can manage privileges?

Initially, users have no access to data in a metastore. Databricks account admins, workspace admins, and metastore admins have default privileges for managing Unity Catalog. See Admin privileges in Unity Catalog.

All securable objects in Unity Catalog have an owner. Object owners have all privileges on that object, including the ability to grant privileges to other principals. Owners can grant other users the `MANAGE` privilege on the object, which allows users to manage privileges on the object. See Manage Unity Catalog object ownership.

Privileges can be granted by any of the following:

- A metastore admin.
- A user with the `MANAGE` privilege on the object.
- The owner of the object.
- The owner of the catalog or schema that contains the object.

Account admins can also grant privileges directly on a metastore.

https://docs.databricks.com/aws/en/data-governance/unity-catalog/manage-privileges/

| | |
|---|---|
| receive a search query to search the database that stores the plurality of models with the models having the permission levels that specify access rights that control access to the models, with search results provided based on search terms included in the user query;<br><br>send search results to a user system | **Comment:** Databricks provides listings of registered models and Marketplace offerings that include description and permissions, enabling a user to view model information (e.g., description/type) and whether access is available or must be requested. |

| receive a selection of a model from the results; and | ## View and manage models in the UI **Permissions required**: To view a registered model and its model versions in the UI, you need `EXECUTE` privilege on the registered model, plus `USE SCHEMA` and `USE CATALOG` privileges on the schema and catalog containing the model You can view and manage registered models and model versions in Unity Catalog using Catalog Explorer. ### View model information To view models in Catalog Explorer: 1. Click ⛁ **Catalog** in the sidebar. 2. Select a compute resource from the drop-down list at the top right. 3. In the Catalog Explorer tree at the left, open a catalog and select a schema. 4. If the schema contains any models, they appear in the tree under **Models**, as shown.  5. Click a model to see more information. The model details page shows a list of model versions with additional information.  https://docs.databricks.com/aws/en/machine-learning/manage-model-lifecycle/ |
|---|---|

## Overview

Databricks Marketplace gives you, as a data consumer, a secure platform for discovering data products that your organization needs to be successful. Databricks Marketplace uses Delta Sharing to provide security and control over shared data. Consumers can access public data, free sample data, and commercialized data offerings. Consumers who use a Unity Catalog–enabled Databricks workspace are not limited to accessing tabular data, but can also access volumes (non-tabular data), AI models, Databricks notebooks, and Databricks Solution Accelerators.

When you consume Marketplace data products using a Databricks workspace that is enabled for Unity Catalog, you can take advantage of the deep integration between Delta Sharing and Unity Catalog, along with Unity Catalog governance, auditing, and convenient interfaces.

## Before you begin

To browse data product listings on Databricks Marketplace, you can use either of the following:

- The Open Marketplace.
- A Databricks workspace.

To consume data products using a Databricks workspace that is enabled for Unity Catalog, you must have the following:

- A Databricks account on the Premium plan or above.

- A Databricks workspace that is enabled for Unity Catalog (of course). See Enable a workspace for Unity Catalog.

## Browse Databricks Marketplace listings

To find a data product you want, simply browse or search the data product listings in Databricks Marketplace.

ⓘ **NOTE**

As an alternative to the instructions that follow, you can search for Marketplace listings using the global search bar at the top of your Databricks workspace. See Search for workspace objects. You can also view and request free sample data on the **Add data** page. In the workspace sidebar, click **Data ingestion** and scroll down to **Free sample data from Databricks Marketplace**.

1. Go to marketplace.databricks.com or log into your Databricks workspace and click  **Marketplace**.

2. Browse or search for the data product that you want.

   Click the ▽ filter icon to filter listings by product type (dataset, solution accelerator, or ML model), provider name, category, cost (free or paid), and more.

To learn how to enable a workspace for Unity Catalog, see Get started with Unity Catalog.

- USE MARKETPLACE ASSETS privilege on the Unity Catalog metastore attached to the workspace. See Privilege types that apply only to Delta Sharing or Databricks Marketplace. This privilege is enabled for all users on all Unity Catalog metastores by default.

If your admin has disabled this privilege, you can request that they grant it to you or that they grant you either of these:

- CREATE CATALOG and USE PROVIDER permissions on the Unity Catalog metastore.
- Metastore admin role.

If you do not have any of these privileges, you can still view Marketplace listings but cannot access data products using Unity Catalog.

48

## Request access to data products in the Marketplace

To request access to data products, you must be logged into a Databricks workspace. Some data products are available immediately, and others require provider approval and transaction completion using provider interfaces.

## Requirements

See Before you begin. To access data products in the Marketplace, you must have at least the USE MARKETPLACE ASSETS privilege on the Unity Catalog metastore that is attached to the workspace that you are using.

## Get access to data products that are instantly available

Some data products are available instantly, requiring only that you request them and agree to terms. These are listed under the **Free and instantly available** heading on the Marketplace landing page, are identified on the listing tile as **Free**, and are identified as **Instantly available** on the listing detail page.

1. When you've found a listing you're interested in on the Marketplace landing page, click the listing to open the listing detail page.

2. Click the **Get instant access** button and accept the Databricks terms and conditions.

   Accessing Databricks Solution Accelerators works a little differently. See Get access to Databricks Solution Accelerators.

## Request data products that require provider approval

Some data products require provider approval, typically because a commercial transaction is involved, or the provider might prefer to customize data products for you. These listings are identified on the listing detail page as **By request** and include a **Request access** button.

1. When you've found a listing you're interested in on the Marketplace landing page, click the listing to open the listing detail page.

2. Click the **Request access** button.

3. Enter your name, company, and a brief description of your intended use for the data product.

4. Accept the Databricks terms and conditions and click **Request access**.

5. You will be notified by email when the provider has completed their review of your request.

https://docs.databricks.com/aws/en/marketplace/get-started-consumer

See Also:

https://docs.databricks.com/aws/en/data-governance/unity-catalog/manage-privileges/

49

| | |
|---|---|
| | https://docs.databricks.com/aws/en/marketplace/get-started-consumer |
| send a message to the user, the message based on the access rights associated with the model, with the message including at least one option to access the model. |   https://www.databricks.com/blog/announcing-public-preview-request-access-unity-catalog |

Last updated on **Jan 20, 2026**

# Manage access request destinations

ⓘ **PREVIEW**
This feature is in Public Preview.

This page explains how to configure access request destinations for securable objects in Unity Catalog. These destinations determine where access requests are sent when users request access to data objects.

## What are access request destinations?

When users request access to an object in Unity Catalog (such as a table or view), the request is sent to one or more configured destinations. Destinations can be any of the following:

- Email addresses

- Slack channels

- Microsoft Teams channels

- Webhook endpoints

- A redirect URL (to your organization's external access request system)

    Only one redirect URL can be configured per object. If a URL is set, no other destinations can be set and users are redirected to that URL instead of seeing the in-product request form.

https://docs.databricks.com/aws/en/data-governance/unity-catalog/manage-privileges/access-request-destinations

## Request data products that require provider approval

Some data products require provider approval, typically because a commercial transaction is involved or the provider prefers to customize data products for you. These listings are identified on the listing detail page as **By request** and include a **Request access** button.

1. When you've found a listing you're interested in on the Marketplace landing page, click the listing to open the listing detail page.

2. Click the **Request access** button.

3. Enter your name, company, and a brief description of your intended use for the data product.

4. Click **More options** and select **On external platforms**.

5. Accept the Databricks terms and conditions and click **Request access**.

6. You will be notified by email when the provider has completed their review of your request.

   You can also monitor the progress of your request on the My Requests page in Marketplace. See Manage shared Databricks Marketplace data products. However, any transactions that follow will use provider communications and payment platforms. No commercial transactions are handled directly on Databricks Marketplace.

7. When your transaction is complete, you will receive a notification email from the data provider, and the listing will display a **Download credential file** button. Click this button to download the credential file, which you and your team can use to gain access to shared data using third-party data platforms and non-Unity Catalog Databricks workspaces.

   You can also find the listing in Marketplace under **My requests**. When the credential is ready for download, the data product appears on the **Installed data products** tab.

https://docs.databricks.com/aws/en/marketplace/get-started-consumer-open

| | |
|---|---|
| 20. The system of claim 19 wherein the at least one option is a bid option and the computer program product, further configures the system to: generate a user interface that when rendered on a user system provides a bidding interface to | **Comment:**  Databricks Marketplace provides a Request access UI for "by request" listings requiring provider approval (often involving a commercial transaction), including an access-request form and request-tracking UI (e.g., "My requests" / provider request management).<br><br>Intrinsic Spec support: The '090 spec discloses an access interface for non-free models with a For-Sale ASK price and a "Make Bid" control (FIG. 4B; col. 10:48–55), supporting that a "bid option / bidding interface" can be satisfied by a UI control that initiates the bid/request-for-paid-access workflow.<br><br>"Referring now to **FIG. 4B**, after the user clicks (selects) the search result and the user is interrupted by an **access interface 102** if the model is any other result than 'Free'. In this case, the example S&P Futures model is detailed with a reported accuracy of 60%, and a user (model builder) experience level of 20, with a 'For Sale ASK Price' of $10,000. The search based user can at this point, |

| | |
|---|---|
| bid on a price for access of the model. | 'Make Bid' or 'Pay the ASK' price, 'Compare' this model to others of similar description, and 'View General Market' at large to get a sense of prices." *Col. 10:48-55*  |

| Field name | Description |
|---|---|
| Data assets are instantly accessible | Select this option to let consumers gain access to the shared data directly from the Marketplace, without requiring your approval (but requiring acceptance of terms of service). Choose a share from the drop-down menu. This option is typically used for sample and public datasets. |
| | If you haven't created the share yet, click **+ Create new share** at the bottom of the drop-down menu. This opens the **Create a new share** dialog box. |
| | If a share that you select or create here contains no data or assets, a message appears with an **Add data** button. Click it to go to Catalog Explorer, where you can add tables to the share. |
| | For more information about creating shares and adding tables to shares, including required permissions, see Create and manage shares for Delta Sharing. |
| Consumers must request access to the listing | Select this option to require your approval before a consumer can access the shared data. Use this option if you require a business agreement before you make the data product available to consumers. You must manage the business agreement with consumers outside of Databricks Marketplace. You can initiate communications using the consumer email address. |
| | View and handle consumer requests on the **Provider Console > Consumer requests** tab. See Manage requests for your data product in Databricks Marketplace. |

- https://docs.databricks.com/gcp/en/marketplace/get-started-provider

## Manage requests that require your approval

To manage requests that require your approval, use the **Consumer requests** tab in the **Provider console**.

**Permissions required:** Marketplace admin role. To fulfill a request, you must have the `CREATE RECIPIENT` and `USE RECIPIENT` privileges. See Unity Catalog privileges and securable objects.

To manage a new request:

1. Log into your Databricks workspace.

2. In the sidebar, click 🏠 **Marketplace**.

3. On the upper-right corner of the Marketplace page, click **Provider console**.

4. The most recent new requests are listed on the **Overview** tab. To see all requests, go to the **Consumer requests** tab.

   **New requests** are listed before **All other requests**, which includes those that are fulfilled, pending, or denied.

   **Client type** can be **Databricks** (Databricks-to-Databricks sharing) or **Open client** (Databricks-to-external-platform using a credential file).

5. Click the **Review** button on the request row.

6. Review the requester details.

7. Select an action:

   ○ **Mark as pending** if your communications with the consumer are still ongoing and any required commercial transactions are incomplete.
   ○ **Fulfill** if your communication with the consumer and all transactions are complete and you are ready to share the data product. You must **Select a share**, and that share must already be created. See Create and manage shares for Delta Sharing. When you add a share and mark the request fulfilled:
      ▪ If the consumer is on a Unity Catalog–enabled Databricks workspace, they gain access to that share as a catalog in their Databricks workspace in near-real time.
      ▪ If the consumer is not on a Unity Catalog–enabled Databricks workspace, a credential file is generated and made available for them to download. See Access data products in Databricks Marketplace using external platforms.
   ○ **Deny** if you will not share a data product with the consumer. Optionally, you can select a **Reason for denial**. Select **Other** to enter a free-form reason.

8. Click **Update request**.

https://docs.databricks.com/gcp/en/marketplace/manage-requests-provider

55

## Request data products that require provider approval

Some data products require provider approval, typically because a commercial transaction is involved or the provider prefers to customize data products for you. These listings are identified on the listing detail page as **By request** and include a **Request access** button.

1. When you've found a listing you're interested in on the Marketplace landing page, click the listing to open the listing detail page.

2. Click the **Request access** button.

3. Enter your name, company, and a brief description of your intended use for the data product.

4. Click **More options** and select **On external platforms**.

5. Accept the Databricks terms and conditions and click **Request access**.

6. You will be notified by email when the provider has completed their review of your request.

   You can also monitor the progress of your request on the My Requests page in Marketplace. See Manage shared Databricks Marketplace data products. However, any transactions that follow will use provider communications and payment platforms. No commercial transactions are handled directly on Databricks Marketplace.

7. When your transaction is complete, you will receive a notification email from the data provider, and the listing will display a **Download credential file** button. Click this button to download the credential file, which you and your team can use to gain access to shared data using third-party data platforms and non–Unity Catalog Databricks workspaces.

   You can also find the listing in Marketplace under **My requests**. When the credential is ready for download, the data product appears on the **Installed data products** tab.

https://docs.databricks.com/aws/en/marketplace/get-started-consumer-open

56

## User requesting access from catalog explorer:



User requesting access from a dashboard panel:



User requesting access from a dashboard panel:

https://www.databricks.com/blog/announcing-public-preview-request-access-unity-catalog

58

| 24. The system of claim 19 wherein the computer program product, further configures the system to:<br><br>receive a user query to determine predictive scenarios available from the selected model. | # Databricks Feature Store<br><br>This page is an overview of capabilities available when you use Databricks Feature Store with Unity Catalog.<br><br>The Databricks Feature Store provides a central registry for features used in your AI and ML models. Feature tables and models are registered in Unity Catalog, providing built-in governance, lineage, and cross-workspace feature sharing and discovery. With Databricks, the entire model training workflow takes place on a single platform, including:<br><br>• Data pipelines that ingest raw data, create feature tables, train models, and perform batch inference.<br><br>• Model and feature serving endpoints that are available with a single click and that provide milliseconds of latency.<br><br>• Data and model monitoring.<br><br>When you use features from the feature store to train models, the model automatically tracks lineage to the features that were used in training. At inference time, the model automatically looks up the latest feature values. The feature store also provides on-demand computation of features for real-time applications. The feature store handles all of the feature computation tasks. This eliminates training/serving skew, ensuring that the feature computations used at inference are the same as those used during model training. It also significantly simplifies the client-side code, as all feature lookups and computation are handled by the feature store.<br><br>https://docs.databricks.com/aws/en/machine-learning/feature-store<br><br>See Also:<br><br>https://api-docs.databricks.com/python/feature-store/latest/feature_store.client.html<br><br>*Last updated on Jun 10, 2025*<br><br>## MLflow for ML model lifecycle<br><br>This article describes how MLflow on Databricks is used to develop high-quality generative AI agents and machine learning models.<br><br>ⓘ NOTE<br>If you're just getting started with Databricks, consider trying MLflow on Databricks Free Edition.<br><br>## What is MLflow?<br><br>MLflow is an open source platform for developing models and generative AI applications. It has the following primary components:<br><br>• Tracking: Allows you to track experiments to record and compare parameters and results.<br><br>• Models: Allow you to manage and deploy models from various ML libraries to various model serving and inference platforms.<br><br>• Model Registry: Allows you to manage the model deployment process from staging to production, with model versioning and annotation capabilities.<br><br>• AI agent evaluation and tracing: Allows you to develop high-quality AI agents by helping you compare, evaluate, and troubleshoot agents. |

https://docs.databricks.com/aws/en/mlflow



### Predict churn and calculate lifetime value

Survival analysis is a collection of statistical methods used to examine and predict the time until an event of interest occurs. In this Solution Accelerator, learn how to use different survival analysis techniques for predicting churn and calculating lifetime value.

- Identify which factors contribute most to extending the customer lifecycle
- Predict which customers are at risk of churning
- Optimize marketing spend based on the ratio of lifetime value to cost of acquisition

Download notebook

https://www.databricks.com/solutions/accelerators/survival-analysis-for-churn-and-lifetime-value

# Manage model lifecycle in Unity Catalog

> ⓘ **IMPORTANT**
>
> This page documents Models in Unity Catalog, which Databricks recommends for governing and deploying models. If your workspace is not enabled for Unity Catalog, the functionality on this page is not available. Instead, see Manage model lifecycle using the Workspace Model Registry (legacy). For guidance on how to upgrade from the Workspace Model Registry to Unity Catalog, see Migrate workflows and models to Unity Catalog.
>
> This article describes how to use Models in Unity Catalog as part of your machine learning workflow to manage the full lifecycle of ML models. Databricks provides a hosted version of MLflow Model Registry in Unity Catalog. Models in Unity Catalog extends the benefits of Unity Catalog to ML models, including centralized access control, auditing, lineage, and model discovery across workspaces. Models in Unity Catalog is compatible with the open-source MLflow Python client.

For an overview of Model Registry concepts, see MLflow for ML model lifecycle.

MLflow 3 makes significant enhancements to the MLflow Model Registry in Unity Catalog, allowing your models to directly capture data like parameters and metrics and make them available across all workspaces and experiments. The default registry URI in MLflow 3 is databricks-uc, meaning the MLflow Model Registry in Unity Catalog will be used. For more details, see Get started with MLflow 3 for models and Model Registry improvements with MLflow 3.

| | https://docs.databricks.com/aws/en/machine-learning/manage-model-lifecycle/ |
|---|---|
| 25. The system of claim 19 wherein the computer program product, further configures the system to: generate an interface that renders data that includes statistical predictions from execution of the selected model. | **Comment:** Databricks supports receiving a user query that executes a selected model to produce predictive scenarios and statistical predictions (model outputs): Databricks Model Serving allows users to query a serving endpoint which executes the selected model on provided inputs and returns the model's output in the response (wrapped in a predictions key), thereby generating an interface that renders data including the statistical prediction results from execution of the selected model.<br><br># Query serving endpoints for custom models<br><br>In this article, learn how to format scoring requests for your served model, and how to send those requests to the model serving endpoint. The guidance is relevant to serving custom models, which Databricks defines as traditional ML models or customized Python models packaged in the MLflow format. Register the models in Unity Catalog or in the workspace model registry. Examples include scikit-learn, XGBoost, PyTorch, and Hugging Face transformer models. See Deploy models using Mosaic AI Model Serving for more information about this functionality and supported model categories.<br><br>The response from the endpoint contains the output from your model, serialized with JSON, wrapped in a `predictions` key.<br><br>`JSON`<br><br>```json\n{\n  "predictions": [0, 1, 1, 1, 0]\n}\n```<br><br>https://docs.databricks.com/aws/en/machine-learning/model-serving/score-custom-model-endpoints<br><br>**predict**(value)  Predict label for the given features.<br><br>**predictProbability**(value)  Predict the probability of each class given the features.<br><br>**predictRaw**(value)  Raw prediction for each possible label. |

| | https://api-docs.databricks.com/python/pyspark/latest/api/pyspark.ml.classification.LogisticRegressionModel.html |
|---|---|
| 26. The system of claim 19 wherein the computer program product, further configures the system to:<br><br>generate an interface that renders data that includes statistical predictions from execution of the selected model and a slider bar that allows the user to change parameters of an inference or prediction for a particular day. | **Comment:** Databricks dashboards provide a slider bar (Range slider filter) that allows a user to change parameters, and a date picker filter that focuses widgets on a single day, enabling the user to change parameters of an inference or prediction for a particular day.<br><br>## Range slider<br><br>A range slider allows dashboard viewers to select a numeric range as a filter. When they use the slider to adjust the values, any visualizations associated with that dataset automatically update.<br><br><br><br>**Configuration details:**<br><br>- Filter type: **Range slider**<br>- Title: **Balance**<br>- Fields: **customers.c_acctbal** |



## Date range picker

A date range filter allows dashboard viewers to quickly select a date range, such as the last 24 hours or the last two weeks. Alternatively, you can select a custom date range by typing in a date or choosing a start point and end point from the calendar.

**Configuration details:**

- Filter type: **Date range picker**
- Title: **Date range**
- Fields: **customers and orders.o_orderdate**

https://docs.databricks.com/aws/en/dashboards/filter-types

See Also:
https://docs.databricks.com/aws/en/dashboards/filters
https://docs.databricks.com/aws/en/dashboards/parameters

| | |
|---|---|
| 27. The system of claim 19 wherein the computer program product, further configures the system to:<br><br>render a user interface that provides a listing of | **Comment:** Databricks provides listings of registered models and Marketplace offerings that include description and permissions, enabling a user to view model information (e.g., description/type) and whether access is available or must be requested. |

models in
response to a
search query,
with the listing
including a
model type, a
field that
specifics a text
description of
the model, and
at least one
access right
level.



# View and manage models in the UI

**Permissions required**: To view a registered model and its model versions in the UI, you need `EXECUTE` privilege on the registered model, plus `USE SCHEMA` and `USE CATALOG` privileges on the schema and catalog containing the model

You can view and manage registered models and model versions in Unity Catalog using Catalog Explorer.

## View model information

To view models in Catalog Explorer:

1. Click ⛁ **Catalog** in the sidebar.

2. Select a compute resource from the drop-down list at the top right.

3. In the Catalog Explorer tree at the left, open a catalog and select a schema.

4. If the schema contains any models, they appear in the tree under **Models**, as shown.

5. Click a model to see more information. The model details page shows a list of model versions with additional information.

https://docs.databricks.com/aws/en/machine-learning/manage-model-lifecycle/

| | See Also: |
| --- | --- |
| | https://docs.databricks.com/aws/en/data-governance/unity-catalog/manage-privileges/ |
| | https://docs.databricks.com/aws/en/marketplace/get-started-consumer |