**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| Poulin Holdings, LLC<br><br>                    Plaintiff,<br><br>v.<br><br>Databricks, Inc.<br><br>                    Defendant. | Case No.   26-CV-245 |

**CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Poulin Holdings, LLC ("Plaintiff") provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

**NONE**.


Dated: March 10, 2026

*/s/David L. Hecht*
David L. Hecht  (TX Bar No. 24136516)
dhecht@hechtpartners.com
HECHT PARTNERS LLP
111 Congress Avenue, Suite 500
Austin, Texas 78701
Telephone: (212) 851-6821

Counsel for Plaintiff Poulin Holdings, LLC

1